Case Number:   8:15-cr-00183-JSM-AEP-1                                    Page 1 of 2 Pages

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,   __
    Government  _X_

v.                                                Case No.   8:15-cr-00183-JSM-AEP-1

D. ANDA NORBERGS                          ___ Evidentiary
                                                               _X_ Trial
                                                                ___ Other

    Defendant   _X_

| Exhibit # | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1. | Tax Records - 2010 1040 | | |
| 2. | Tax Records - 2010 1120S | | |
| 3. | Tax Records - 2011 1040 | | |
| 4. | Tax Records - 2011 1120S | | |
| 5. | Tax Records - 2012 1040 | | |
| 6. | Tax Records - 2012 1120S | | |
| 7. | Tax Records - 2013 1040 | | |
| 8. | Tax Records - 2013 1120S | | |

Case Number:      8:15-cr-00183-JSM-AEP-1                                          Page 2 of 2 Pages

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on 4th day of November, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF which will send a notice of electronic filing the following:   United States Attorney's Office, 400 N. Tampa Street, Room 3200, Tampa, Florida 33602.

        TRAGOS, SARTES & TRAGOS, PLLC

        _____*/s/ George E. Tragos*_____
        GEORGE E. TRAGOS, ESQUIRE
        601 Cleveland Street, Suite 800
        Clearwater, FL 33755
        (727) 441-9030
        Florida Bar No. 184830
        E-mail: george@greeklaw.com
               sharon@greeklaw.com