UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

Plaintiff,        ☐
Government ☒

v.

D. ANDA NORBERGS

Defendant        ☐

Case No. 8:15-cr-183-T-30AEP

☐ Evidentiary
☒ Trial
☐ Other

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1A | | | | Health Care Clinic Establishment ("HCCE") Application signed by D. Anda Norbergs, dated September 28, 2009<br><br>(FL-DEPT-00387, FL-DEPT-00004 through FL-DEPT-00005) |
| 1B | | | | HCCE Permits with an Expiration Date of October 31, 2011<br><br>(FL-DEPT-00014) |
| 1C | | | | HCCE Application for Permit Renewal Under Chapter 499, dated September 1, 2011<br><br>(FL-DEPT-00018 through FL-DEPT-00019) |
| 1D | | | | Florida Statutes, Chapter 499 |
| 1E | | | | Unlicensed Distributor Table |
| 2A | | | | Subpoena to testify before grand jury from the United States District Court, Southern District of California issued to Office of Dr. D. Norbergs dated August 18, |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| | | | | 2011<br><br>(CA-00001 through CA-00002) |
| 2B | | | | Certificate of Authenticity of Business Records relating to subpoena from Exhibit 2A<br><br>(CA-00006) |
| 3A | | | | Drug Warning from Genentech dated February 2012,<br><br>(PDR-00003 through PDR-00009) |
| 3B-1 | | | | Disc containing distribution list for drug warning found in Exhibit 3A<br><br>(PDR-00048 through PDR-02953) |
| 3B-2 | | | | Excerpt from distribution list for drug warning found in Exhibit 3B-1 that includes Diana Norbergs, M.D.<br><br>(PDR-00920) |
| 3C | | | | PDR Drug Alert Report for drug warning found in Exhibit 3A<br><br>(PDR-02954) |
| 3D | | | | Returned mail listing for drug warning found in Exhibit 3A<br><br>(PDR-02957 through PDR-02993) |
| 4A | | | | Letter to Anda Norbergs, MD from the FDA dated 04/05/2012 "Re: Purchasing Medications from Foreign or Unlicensed Suppliers Could Result in Serious Harm to Patients" found at East Lake Oncology<br><br>(ELO-SW-01895 through ELO-SW-01897) |
| 4B | | | | FDA notification referenced, with web site, in letter to Dr. Norbergs dated 04/05/2012, titled "Notice of Risks of |

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| | | | | Purchasing Unapproved Injectable Cancer Medications" |
| | | | | (RPT-FDA-00686 through RPT-FDA-00688) |
| 5 | | | | Printout of email from Sarah Karlin (skarline@fdanew.com) to elopa@msn.com dated 04/18/2012 with subject "media inquiry into letter Dr. Norbergs received from FDA April 5" with handwritten notes, found in East Lake Oncology |
| | | | | (ELO-SW-01894) |
| **Quality Specialty Products ("QSP") Documents** | | | | |
| 6 | | | | File folder labeled "QSP / Quality Specialty Products" containing papers and post-it notes, found at East Lake Oncology's office |
| 6A | | | | Copy of Exhibit 6 |
| | | | | (ELO-SW-02793 through ELO-SW-02824) |
| 6B | | | | Inside flap of file folder with handwritten post-it notes |
| | | | | (ELO-SW-02795) |
| 6C | | | | Printed article within QSP folder dated 02/15/2012, printed 03/21/2013 with handwritten notes |
| | | | | (ELO-SW-02797 through ELO-SW-02798) |
| 6D | | | | Letter from the Vice President, Quality Specialty Products of Canada to Dr. D. Anda Norbergs dated 05/14/2009 |
| | | | | (ELO-SW-02799) |
| 6E | | | | Facsimile form letter from Director – Business Development, Quality Specialty Products |
| | | | | (ELO-SW-02800) |

Case Number:        8:15-cr-183-T-30AEP                         Page  4  of 29 Pages

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 6F | | | | Quality Specialty Products, Application for Business Account signed by D. Anda Norbergs, President of East Lake Oncology dated 05/15/2009<br><br>(ELO-SW-02802) |
| 6G | | | | QSP price list and order form<br><br>(ELO-SW-02803) |
| 6H | | | | QSP / Quality Specialty Products – Description of company and services offered<br><br>(ELO-SW-02819) |
| 7 | | | | Tampa Bay Times newspaper clipping dated February 16, 2012<br><br>(DISC-00061 through DISC-00062) |
| 8-10 | | | | (Intentionally Left Blank) |
| 11 | | | | Binder labeled "QSP & Oberlin Drug Invoices, 2009-2010" found at East Lake Oncology<br><br>(ELO-SW-02826 through ELO-SW-03061) |
| 11A | | | | Copy of Exhibit 11<br><br>(ELO-SW-02826 through ELO-SW-03061) |
| 11B | | | | Divider labeled "(QSP) Quality Specialty Products" followed by a Commercial Invoice addressed to D. Anda Norbergs with item description listed as "gift" and country of origin listed as "United Kingdom"<br><br>(ELO-SW-02854 through ELO-SW-02855) |
| 11C | | | | Behind divider labeled "(QSP) Quality Specialty Products," a declaration form for a shipment to D. Anda Norbergs with detailed description of contents listed as "gift" and country of origin of goods listed as United |

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| | | | | Kingdom<br><br>(ELO-SW-02860) |
| 11D | | | | QSP pricing sheet for drugs<br><br>(ELO-SW-02861) |
| 11E | | | | Letter to D. Anda Norbergs from QSP with attached post-it with handwritten notes<br><br>(ELO-SW-02862) |
| 11F | | | | QSP completed order form completed by East Lake Oncology to purchase Gemzar and Eloxatin dated 05/19/2009<br><br>(ELO-SW-02868 through ELO-SW-02869) |
| 11G | | | | Paperwork showing order by D. Anda Norbergs of Zometa from QSP of Zometa dated 06/18/2009<br><br>(ELO-SW-02870 through ELO-SW-02873) |
| 11H | | | | Facsimile with a facsimile coversheet from Kelly at D. Anda Norbergs, M.D. to QSP dated 06/05/2009 with handwritten notes, including note dated 06/09/2009 regarding Visa charging 3% charge<br><br>(ELO-SW-02877 through ELO-SW-02881) |
| 11I | | | | QSP packing slip for Eloxatin dated 12/16/2010 with handwritten notes<br><br>(ELO-SW-02929) |
| 12A | | | | Fax coversheet from D. Anda Norbergs, M.D. to QSP with credit application signed by Dr. Norbergs dated 03/28/2011, found at East Lake Oncology<br><br>(ELO-SW-01885 through ELO-SW-01886) |

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 12B | | | | "My Cheat Sheat (*sic.*)" regarding drugs and distributors found at East Lake Oncology<br><br>(ELO-SW-03097) |
| **Additional Documents From the Office of East Lake Oncology, PA Relating to QSP, Cancer Drugs Online, and Other Foreign Distributors** | | | | |
| 13A | | | | QSP Pricing Sheets found in box at East Lake Oncology's office including for drugs "Mabthera/Rituxan," "Ribomustin/Treanda,", "Neulasta/Neulastim," and "Procrit/Eprex"<br><br>(ELO-SW-00029 through ELO-SW-00031) |
| 13B | | | | Price comparison sheet for Rituxan (100 mg) for distributors Curascript, Oncology Supply, McKesson, Metro, Cardinal, and QSP found at East Lake Oncology's office<br><br>(ELO-SW-00103 through ELO-SW-00104) |
| 13C | | | | Price comparison chart for drugs related to distributors QSP, McKesson, and Metro found at East Lake Oncology's office, including the following drugs: Rituxan and Procrit<br><br>(ELO-SW-00054) |
| 13D | | | | Price comparison sheet for Altuzan / Avastin for distributors CuraSCRIPT, Oncology Supply, McKesson, Metro, and QSP found at East Lake Oncology's office<br><br>(ELO-SW-00032) |
| 13E | | | | Price comparison sheet for Neuopogen for distributors QSP, CuraSCRIPT, McKesson, and Metro found East Lake Oncology's office<br><br>(ELO-SW-00036) |
| 13F | | | | Price comparison sheet for Eloxatin for distributors QSP |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| | | | | and "Cardinal" found at East Lake Oncology's office<br><br>(ELO-SW-00044 through ELO-SW-00045) |
| 13G | | | | Price comparison chart for drugs related to distributors CuraSCRIPT, McKesson, Metro, QSP, Warrick, and Global found at East Lake Oncology's office<br><br>(ELO-SW-00059) |
| 13H | | | | Price comparison sheet for Boniva for distributors QSP, Curascript, McKesson, Oncology Supply, and Metro found at East Lake Oncology's office<br><br>(ELO-SW-00228 through ELO-SW-00229) |
| 14A | | | | Facsimile transmission from "Harp J" at Quantum Solutions SRL to "Kelly[;] Dr. Anda Norbergs" dated 10/26/2011 "RE: Account Setup Forms" found at East Lake Oncology's office<br><br>(ELO-SW-00168) |
| 14B | | | | Quantum Solutions SRL / Cancer Drugs Online price listing for drugs with handwritten notes for QSP prices found at East Lake Oncology's office<br><br>(ELO-SW-00171) |
| 14C | | | | CancerDrugsOnline.com flyer listing prices for drugs with a handwritten post-it note, found at East Lake Oncology's office<br><br>(ELO-SW-00172 through ELO-SW-00173) |
| 14D | | | | Folder labeled "Drug Companie (*sic.*)" with handwritten notes on post-it and inside flap of folder, found at East Lake Oncology<br><br>(ELO-SW-01891 through ELO-SW-01893) |
| 14E | | | | Folder labeled "Drug Order - Information" with handwritten notes inside flap of folder for contact information for suppliers McKesson, Metro, Oncology |

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| | | | | Supply, Curascript, QS Supplies Cashoo / QS Med Supplies / Quantum Solutions, and QSP (Quality Specialty Products, found at East Lake Oncology<br><br>(ELO-SW-02460 through ELO-SW-02461) |
| 15A | | | | Rx Stores-R-US facsimile from Linda to Kelly dated 08/10/2011 attaching pricing sheet for drugs, found at East Lake Oncology's office<br><br>(ELO-SW-00177 through ELO-SW-00179) |
| 15B | | | | Global, QSP, and "Rx Stores-R-US (Global)" pricing sheet for drugs, found at East Lake Oncology's office<br><br>(ELO-SW-00180 through ELO-SW-00181) |
| 15C | | | | Rx Oncology Consultants facsimile from Linda to Kelly dated November 2011 with pricing information for drugs, found at East Lake Oncology's office<br><br>(ELO-SW-00183) |
| 16-19 | | | | (Intentionally Left Blank) |
| **Handwritten Notes Regarding Drugs and QSP From the Office of East Lake Oncology, PA** | | | | |
| 20A | | | | Handwritten notes regarding drug inventory dated 07/05/2011 and 07/06/2011 found at East Lake Oncology's office<br><br>(ELO-SW-00010 through ELO-SW-00013) |
| 20B | | | | Handwritten notes regarding drugs needed for week of 07/11/2011 through 07/15/2011 found at East Lake Oncology's office<br><br>(ELO-SW-00028) |
| 21A | | | | Handwritten note dated 04/27/2011 regarding order from QSP of Velcade, Alimta, and Toxotere, and Taxotere from Warrick |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| | | | | (ELOPA 000149) |
| 21B | | | | Handwritten note dated 05/05/2011 regarding order from QSP of Erbitux, Herceptin, and Velcade, and Zometa from Global  (ELOPA 000154) |
| 21C | | | | Handwritten note dated 05/05/2011 and 05/06/2011 regarding order from QSP of Erbitux, Herceptin, and Velcade, and Zometa from Global  (ELOPA 000163) |
| 21D | | | | Handwritten note dated 07/06/2011 regarding QSP and Herceptin, Velcade, Gemzar, and Neupogen  (ELOPA 000272) |
| 21E | | | | Handwritten note dated 07/11/2011 regarding order from QSP of Erbitux, Herceptin, and Zometa  (ELOPA 000285) |
| 21F | | | | Handwritten note from 07/18/2011 regarding QSP and Herceptin  (ELOPA 000315) |
| 21G | | | | Handwritten note dated 10/03/2011 regarding QSP and Neulasta, Rituxan, Abraxan, and Neuopen  (ELOPA 000536) |
| 21H | | | | Handwritten noted dated 11/07/2011 regarding QSP and Abraxane and Neupogen  (ELOPA 000596) |
| 22 | | | | Handwritten notes regarding drugs found at East Lake Oncology's office |

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| | | | | (ELO-SW-00216) |
| 23-30 | | | | (Intentionally Left Blank) |
| **Invoice History of Drugs Ordered by East Lake Oncology, PA from Domestic Distributors** | | | | |
| 31 | | | | Disc containing Cardinal Health invoice history for medications ordered by East Lake Oncology from 02/23/2012 through 03/21/2013<br><br>(REQ0351020.xls) |
| 31A | | | | Cardinal Health Invoice dated December 20, 2012 addressed to Diana Anda Norbergs, East Lake Oncology PA found at East Lake Oncology's office<br><br>(ELO-SW-00129) |
| 32 | | | | Disc containing CuraScript invoice history for medications ordered by East Lake Oncology from 02/16/2011 through 03/28/2011<br><br>(Curascript (ExpressScript)_OIG - Nordberg Purchase Information Request 082614.xls) |
| 33 | | | | Disc containing McKesson Corporation invoice history for medications ordered by East Lake Oncology from 01/04/2010 through 03/28/2013<br><br>(McKesson_East Lake Oncology_Purchase History.xls) |
| 34 | | | | Disc containing Metro Medical invoice history for medications ordered by East Lake Oncology from 01/04/2010 through 03/28/2013<br><br>(Metro Medical_EastLakeOncology_ Jan2010-Mar2013.xls) |
| 35 | | | | Disc containing Oncology Supply invoice history for medications ordered by East Lake Oncology from 01/06/2010 through 03/07/2013<br><br>(Oncology Supply_108557 purchase and payment |

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| | | | | history reports 1 1 10-3 31 13.xls) |
| 35A | | | | Oncology Supply Invoice dated July 31, 2011 addressed to Diana Norbergs, East Lake Oncology PA<br><br>(ELO-SW-00190) |
| 36-40 | | | | (Intentionally Left Blank) |
| **Centers for Medicare & Medicaid Services (CMS) Charts Showing Payment Allowance Limits for Drugs and a Public Comment** | | | | |
| 41 | | | | Disc containing CMS chart showing the payment allowance limits for drugs effective July 1, 2011 through September 30, 2011<br><br>(ASP+6% 2011 Q3.xls) |
| 42 | | | | Disc containing CMS chart showing the payment allowance limits for drugs effective October 1, 2011 through December 31, 2011<br><br>(ASP+6% 2011 Q4.xls) |
| 43 | | | | Disc containing CMS chart showing the payment allowance limits for drugs effective January 1, 2012 through March 31, 2012<br><br>(ASP+6% 2012 Q1.xls) |
| 44 | | | | Disc containing CMS chart showing the payment allowance limits for drugs effective April 1, 2012 through June 30, 2012<br><br>(ASP+6% 2012 Q2.xls) |
| 45 | | | | Disc containing CMS chart showing the payment allowance limits for drugs effective July 1, 2012 through September 30, 2012<br><br>(ASP+6% 2012 Q3.xls) |

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 46 | | | | Disc containing CMS chart showing the payment allowance limits for drugs effective October 1, 2012 through December 31, 2012<br><br>(ASP+6% 2012 Q4.xls) |
| 47 | | | | Comments on CMS Comment from Submitter Dr. D. Anda Norbergs, Physician, dated August 19, 2004<br><br>(CMS-04248) |
| 48-50 | | | | (Intentionally Left Blank) |
| 51 | | | | Summary chart showing the payment limit (ASP + 6%) for certain drugs by quarter for the 3rd Quarter, 2011 through 4th Quarter 2012 |
| 52 | | | | Summary chart showing the Average Sales Prices (ASP) for certain drugs by quarter for the 1st Quarter, 2011 through 2nd Quarter 2012 |
| 53 | | | | Summary chart showing the Average Sales Prices (ASP) from Ex. 52 based on particular dosages |
| 54-59 | | | | (Intentionally Left Blank) |
| 60 | | | | Demonstrative chart showing a listing of the trade names for certain FDA-approved drugs, the active ingredients for those drugs, and foreign trade names for drugs that are not FDA-approved and purport to have the same active ingredients as the FDA-approved drugs |
| 61-100 | | | | (Intentionally Left Blank) |
| **Order and Shipment Records for QSP and Cancer Drugs Online From the Office of East Lake Oncology, PA and Related Records** | | | | |
| 101A | | | | QSP order, shipment, and payment records for "Mabthera (known as Rituxan in the U.S.)" and |

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| | | | | "Ribomustin (known as Treanda in the U.S.) – Germany" from 09/20/2011 and 09/21/2011, and related handwritten notes<br><br>(ELOPA 000483 through ELOPA 000492) |
| 101A-1 | | | | QSP order, shipment, and payment records for "Mabthera (known as Rituxan in the U.S.)" from 09/08/2011 and 09/09/2011, and related handwritten notes<br><br>(ELOPA 000469 through ELOPA 000474) |
| 101B | | | | Labeling for Ribomustin – Germany<br><br>(RIB-00005 through RIB-00012) |
| 101C | | | | Translation of Exhibit 101B into English<br><br>(RIB-00005.1 through RIB-00012.1) |
| 102 | | | | QSP order, shipment, and payment records for "Ribomustin (known as Treanda in the U.S.)", "Mabthera (known as Rituxan in the U.S.)", and "Neulastim (known as Neulasta in the U.S.)" and related handwritten notes, from 12/05/2011 through 12/07/2011 from East Lake Oncology's files<br><br>(ELOPA 000654 through ELOPA 000660) |
| 102A | | | | QSP order, shipment, and payment records for "Ribomustin (known as Treanda in the U.S.)" and related handwritten notes, dated 12/2/2011 from East Lake Oncology's files<br><br>(ELOPA 000649 through ELOPA 000653) |
| 103A | | | | Cancer Drugs Online and Quantum Solutions SRL order and shipment records and related correspondence for "Zometa – Turkey" dated 12/21/2012 through 12/31/2012 from East Lake Oncology's files<br><br>(ELO-SW-01771 through ELO-SW-01780) |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 103B | | | | Labeling for Zometa – Turkey<br><br>(ZOM-00004 through ZOM-00013) |
| 103C | | | | Translation of Exhibit 103B into English<br><br>(ZOM-00004.1 through ZOM-00013.1) |
| 104 | | | | Cancer Drugs Online and Quantum Solutions SRL order and shipment records and related correspondence for "Zometa – Turkey" from 03/21/2012 through 04/11/2012 from East Lake Oncology's files<br><br>(ELO-SW-01781 through ELO-SW-01793) |
| 105A | | | | Cancer Drugs Online and Quantum Solutions SRL order, shipment, and payment records for "Zometa – Turkey" from 05/17/2012 through 05/28/2012 from East Lake Oncology's files<br><br>(ELO-SW-01744 through ELO-SW-01752) |
| 105B | | | | CardinalHealth "Hot Sheet" Prices for April 2, 2012 – April 15, 2012 for drugs, including Zometa, found at East Lake Oncology's office<br><br>(ELO-SW-00015) |
| 106 | | | | Cancer Drugs Online and Quantum Solutions SRL order and shipment records and related correspondence for "Zometa – Turkey" from 06/14/2012 through 06/28/2012 from East Lake Oncology's files<br><br>(ELO-SW-01761 through ELO-SW-01770) |
| 107-109 | | | | (Intentionally Left Blank) |
| 110 | | | | QSP order, shipment, and payment records for "Eprex (known in the United States as Procrit)" from 12/28/2011 and 12/29/2011 from East Lake Oncology's files<br><br>(ELOPA 000709 through ELOPA 000714) |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 111 | | | | QSP order, shipment, and payment records for "Neulastim (known as Neulasta in the U.S.)" from 01/04/2012 from East Lake Oncology's files<br><br>(ELOPA 000725 through ELOPA 000729) |
| 112 | | | | QSP order, shipment, and payment records for "Neulastim (known as Neulasta in the U.S.)," and related handwritten notes, from 01/25/2012 and 01/26/2012 from East Lake Oncology's files<br><br>(ELOPA 000766 through ELOPA 000771) |
| 113 | | | | QSP order, shipment, invoice, and payment records and fax correspondence for "Neulastim (known as Neulasta in the U.S.)" and "Mabthera (known as Rituxan in the U.S.)" from 02/17/2012 and 02/27/2012 from East Lake Oncology's files<br><br>(ELOPA 000818 through ELOPA 000834) |
| 114 | | | | (Intentionally Left Blank) |
| 115 | | | | QSP order, shipment, invoice, and payment records and fax correspondence for "Neulastim (known as Neulasta in the U.S.)" from 02/22/2012 and 02/28/2012<br><br>(ELOPA 000835 through ELOPA 000846) |
| 116 | | | | QSP order, shipment, invoice, and payment records for "Mabthera (known as Rituxan in the U.S.)" and "Neulastim (known as Neulasta in the U.S.)" from 02/28/2012 through 03/06/2012<br><br>(ELOPA 000847 through ELOPA 000860) |
| 117-150 | | | | (Intentionally Left Blank) |
| 151 | | | | Disc containing QSP order, shipment, invoice, and payment records from January 2011 through March 2012 from East Lake Oncology's files |

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| | | | | (ELOPA 000074 through ELOPA 000860) |
| 152 | | | | Disc containing packing slips for shipments sent to Dr. D. Anda Norbergs, East Lake Oncology PA from January 2011 through February 2012 from Meiko America<br><br>(MAI000535, MAI000536, MAI000587, MAI001506, MAI001510, MAI001530, MAI001581, MAI001660, MAI001697, MAI001759, MAI001824, MAI001860, MAI001874, MAI001896, MAI001976, MAI002004, MAI002041, MAI002057, MAI002068, MAI002097, MAI002099, MAI002117, MAI002154, MAI002276, MAI002338, MAI002362, MAI002452, MAI002453, MAI002498, MAI002504, MAI002527, MAI002581, MAI002629, MAI002649, MAI002696, MAI002791, MAI002818, MAI002825, MAI002835, MAI002844, MAI002848, MAI002850, MAI002854, MAI002858, MAI002885, MAI002911, MAI002922, MAI002931, MAI002941, MAI002965, MAI003013, MAI003028, MAI003035, MAI003074, MAI003080, MAI003096, MAI003104, MAI003108, MAI003110, MAI003129, MAI003138, MAI003139, MAI003147, MAI003148, MAI003155, MAI003161, MAI003165, MAI003190, MAI003201, MAI003215, MAI003218, MAI003300, MAI003305, MAI003960, MAI004643, MAI004659, MAI004675, MAI004683, MAI004722, MAI004728, MAI004741, MAI004749, MAI004756, MAI004773, MAI004785, MAI004812, MAI004819, MAI004823, MAI004846, MAI004858, MAI004887, MAI004917, MAI004922, MAI004934, MAI004954, MAI004960, MAI004974, MAI004990, MAI005008, MAI005016, MAI005025, MAI005037, MAI005064, MAI005083, MAI005086, MAI005091, MAI005096, MAI005113, MAI005138, MAI005140, MAI005141, MAI005165, MAI005172, MAI005176, MAI005191, MAI006593, MAI006597, MAI006607, MAI006609, MAI006633, MAI006681, MAI006692, MAI006720, MAI006742, MAI006757, MAI006764, MAI006772, MAI006786, MAI006807, MAI006813, MAI006860, MAI006866, MAI006879, MAI006887, MAI006909, MAI006928, MAI006938, MAI006946, MAI006962, MAI006966, MAI006967, MAI006981, MAI007001, MAI007011, MAI007015, MAI007039, MAI007047, MAI007053, MAI007055, MAI007065, MAI007124, MAI007163, MAI007170, MAI007190, MAI007194, MAI007201, MAI007207, MAI007214, MAI007218, MAI007223, MAI007236, MAI007311, MAI007328, MAI007332, MAI007337, MAI007343, MAI007353, MAI007357, MAI008943, MAI008967, MAI008989, MAI008999, MAI009003, MAI009012, MAI009042, MAI009048, |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| | | | | MAI009058, MAI009066, MAI009081, MAI009106, MAI009111, MAI009124, MAI009127, MAI009178, MAI009201, MAI009216, MAI009221, MAI009226, MAI009241, MAI009262, MAI009283, MAI009302, MAI009315, MAI009316, MAI009319, MAI009326, MAI009336, MAI009348, MAI009365, MAI009389, MAI009399, MAI009448, MAI009458, MAI009464, MAI009472, MAI009504, MAI009516, MAI009529, MAI009542, MAI009550, MAI009552, MAI009555, MAI009571, MAI009586, MAI009603, MAI009606, MAI009613, MAI009617, MAI009625, MAI009629, MAI009635, MAI009636, MAI009648, MAI009655, MAI009659, MAI009665, MAI009667, MAI009681, MAI009689, MAI009704, MAI009706) |
| 152-1 | | | | Packing slip for shipment sent to Dr. D. Anda Norbergs, East Lake Oncology PA dated September 21, 2011 from Meiko America<br><br>(MAI002965, MAI003080) |
| 152-2 | | | | Packing slip for shipment sent to Dr. D. Anda Norbergs, East Lake Oncology PA dated December 2, 2011 from Meiko America<br><br>(MAI005176) |
| 152-3 – 152-9 | | | | (Intentionally Left Blank) |
| 152-10 | | | | Packing slip for shipment sent to Dr. D. Anda Norbergs, East Lake Oncology PA dated December 28, 2011 from Meiko America<br><br>(MAI006597) |
| 152-11 | | | | Packing slip for shipment sent to Dr. D. Anda Norbergs, East Lake Oncology PA dated January 4, 2012 from Meiko America<br><br>(MAI156176) |
| 152-12 | | | | Packing slip for shipment sent to Dr. D. Anda Norbergs, East Lake Oncology PA dated January 26, 2012 from |

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| | | | | Meiko America<br><br>(MAI007357) |
| 153 | | | | Disc containing Cancer Drugs Online order, shipment, invoice, and payment records from December 2011 through June 2012 from East Lake Oncology's files<br><br>(ELO-SW-01744 through ELO-SW-01819) |
| 154-159 | | | | (Intentionally Left Blank) |
| **G.P. Larys LTD Documents from the Office of East Lake Oncology, PA** | | | | |
| 160 | | | | Printout of email from "Jerry" @ GP Larys (jerryr@gplarysltd.com)" dated 01/08/2013 regarding Zometa attaching Order Form with price sheet for drugs, found at East Lake Oncology<br><br>(ELO-SW-01899 through ELO-SW-01901) |
| 161-170 | | | | (Intentionally Left Blank) |
| **Summary Charts Showing History of Drugs Ordered by East Lake Oncology, PA** | | | | |
| 171 | | | | Summary exhibit reflecting purchasing of Mabthera (not FDA-approved) from QSP and Rituxan (FDA-approved) from Curascript and McKesson by East Lake Oncology from January 2010 through March 2013 |
| 171A | | | | Bar graph of Mabthera information found in Ex. 171 |
| 171B | | | | Bar graph of Rituxan information found in Ex. 171 |
| 172 | | | | Summary exhibit reflecting purchasing of Ribomustin (not FDA-approved) from QSP and Treanda (FDA-approved) from Curascript, Metro, and McKesson by East Lake Oncology from September 2010 through December 2011 |

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 173 | | | | Summary exhibit reflecting purchasing of Neulastim (not FDA-approved) from QSP and Neulasta (FDA-approved) from Metro and McKesson by East Lake Oncology from July 2010 through March 2013 |
| 173A | | | | Bar graph of Neulastim information found in Ex. 173 |
| 173B | | | | Bar graph of Neulasta information found in Ex. 173 |
| 174 | | | | Summary exhibit reflecting purchasing of Zometa (not FDA-approved) from Cancer Drugs Online and QSP and Zometa (FDA-approved) from McKesson by East Lake Oncology from February 2010 through March 2013 |
| 175-179 | | | | (Intentionally Left Blank) |
| 180 | | | | Summary chart showing purchases by East Lake Oncology of drugs from QSP and Cancer Drugs Online from January 2011 through June 2012 |
| 180A | | | | Summary chart showing total purchases reflected in Ex. 180 by month |
| 180B | | | | Graph of information in Ex. 180A |
| 181 | | | | Demonstrative showing a sampling of prices paid by East Lake Oncology when purchasing drugs from Cardinal, Curascript, McKesson, and Metro as compared to the Average Sales Price (ASP) in effect at that time, as reflected in Ex. 53 |
| 182A | | | | Summary chart showing the purchases reflected in Ex. 180 compared with the Average Sales Price (ASP) |
| 182B | | | | Summary chart showing the purchases compared with ASP reflected in Ex. 182A by month |

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 182C | | | | Graph of information in Ex. 182B |
| 182D | | | | Summary chart showing the purchases reflected in Ex. 182A for the drugs Mabthera, Ribomustin, Neulastim, and Zometa compared with the Average Sales Price (ASP) in effect |
| 182E | | | | Graph of information in Ex. 182D |
| 183-199 | | | | (Intentionally Left Blank) |
| **Medicare Records** | | | | |
| 200A | | | | Medicare Enrollment Application package dated May 22, 2007 for East Lake Oncology PA signed by Diana A. Norbergs, M.D.<br><br>(CMS-00080 through CMS-00102) |
| 200B | | | | EDI Enrollment Form dated February 23, 2004 signed by Diana Anda Norbergs, M.D.<br><br>(CMS-00157 through CMS-00159) |
| 200C | | | | Medicare claims data for claims submitted by East Lake Oncology<br><br>(East Lake Oncololy & Diana Norbergs 3305062014003.xls) |
| 200D | | | | Medicare Enrollment Application, Reassignment of Medicare Benefits, Dr. Raj Shailaja<br><br>(CMS-04320 through CMS-04325) |
| 200E | | | | Exemplar of a Form CMS-855I Medicare Enrollment Application, Physicians And Non-Physician Practitioners<br><br>(RPT-HHS-00943 through RPT-HHS-00971) |

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 200F | | | | Exemplar of a Form CMS-855R Medicare Enrollment Application, Reassignment of Medicare Benefits<br><br>(RPT-HHS-00972 through RPT-HHS-00979) |
| **East Lake Oncology Billing Related Documents Seized During the Search Warrant at East Lake Oncology, PA** | | | | |
| 201 | | | | East Lake Oncology Billing Book found at East Lake Oncology's office |
| 201A | | | | Copy of Ex. 201<br><br>(ELO-SW-02605 through ELO-SW-02658) |
| 201B | | | | Listing of drugs from East Lake Oncology Billing Book separated by chemotherapy drugs and non-chemo drugs found in Ex. 201A<br><br>(ELO-SW-02624 through ELO-SW-02625) |
| 201C | | | | Super bill (voided) from East Lake Oncology Bill Book found in Ex. 201A<br><br>(ELO-SW-02626 through ELO-SW-02627) |
| 201D | | | | Listing of drugs from East Lake Oncology Billing Book separated by chemotherapy drugs and non-chemo drugs<br><br>(ELO-SW-02631 through ELO-SW-02632) |
| 201D-1 | | | | Ex. 201D with highlighting on the document. |
| 202 | | | | "ASP+6% comparisons Q1 2012 v Q2 2012 CMS Drug Allowable" with date printed 03/21/2012 found at East Lake Oncology's office<br><br>(ELO-SW-00049) |

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 203-329 | | | | (Intentionally Left Blank) |
| **East Lake Oncology PA Patient Files and CMS Form 1500s for Medicare Claims Submitted** | | | | |
| 330A | | | | Patient file for M.S. – Super Bill dated 09/26/2011 (ELO-PAT-11794) |
| 330B | | | | Patient file for M.S. – Progress Notes dated 09/26/2011 (ELO-PAT-11840 through ELO-PAT-11843) |
| 330C | | | | Patient file for M.S. – Chemotherapy Push/Injection/Fusion Record Dated 09/26/2011 (ELO-PAT-13687) |
| 330D | | | | CMS 1500 Form for claim dated 09/26/2011 for patient M.S. for Rituximab Injection (RPT-HHS-00922) |
| 330E | | | | Summary chart for claim dated 09/26/2011 for patient M.S. Rituximab Injection |
| 331A | | | | Selected documents from patient file for S.M. – Chemotherapy Push/Injection/Fusion Record Dated 09/29/2011 (ELO-SW-02423) |
| 331B | | | | CMS 1500 Form for claim dated 09/29/2011 for patient S.M. for Rituximab Injection (RPT-HHS-00908) |
| 331C | | | | Summary chart for claim dated 09/29/2011 for patient S.M. for Rituximab Injection |

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 332A | | | | Patient file for C.K. – Correspondence and post-it note dated 07/21/12) <br><br> (ELO-PAT-02315 through ELO-PAT-02316) |
| 332B | | | | Patient file for C.K. – Prescription written by S.M., ARMP dated 09/29/2011 for Rituxan 1000 mg for IV "push" <br><br> (ELO-PAT-02317) |
| 332C | | | | Patient file for C.K. – Fax coversheet with communication between Dr. D. Anda Norbergs and S.M. regarding Rituxan dated 07/21/12 <br><br> (ELO-PAT-02316) |
| 332D | | | | Patient file for C.K. – Super Bill dated 09/30/2011 <br><br> (ELO-PAT-02330) |
| 332E | | | | Patient file for C.K. – Chemotherapy Push/Injection/Fusion Record Dated 09/30/2011 <br><br> (ELO-PAT-02329) |
| 332F | | | | Patient file for C.K. – Date of First Visit Form Dated 09/30/2011 <br><br> (ELO-PAT-02334) |
| 332G | | | | Patient file for C.K. – Progress Notes dated 09/30/2011 <br><br> (ELO-PAT-02345 through ELO-PAT-02349) |
| 332H | | | | Patient file for C.K. – Specimen data report dated 09/30/2011 <br><br> (ELO-PAT-02356) |

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 332I | | | | Patient file for C.K. – Insurance notes dated 10/03/2011 through 10/20/2011<br><br>(ELO-PAT-02307) |
| 332J | | | | Handwritten notes listing patients, amounts owed, and notes, including patient C.K. found at East Lake Oncology's office<br><br>(ELO-SW-00170) |
| 332K | | | | "January Pt A.R. – Aging Summary Analysis Report" dated 01/04/2013 found at East Lake Oncology's office<br><br>(ELO-SW-00110 through ELO-SW-00114) |
| 332L | | | | CMS 1500 Form for claim dated 09/30/2011 for patient C.K. for Rituximab Injection<br><br>(RPT-HHS-00910) |
| 332M | | | | Summary chart for claim dated 09/30/2011 for patient C.K. for Rituximab Injection |
| 333A | | | | Patient file for A.B. – Chemotherapy Push/Injection/Fusion Record Dated 12/13/2011<br><br>(ELO-PAT-05932) |
| 333B | | | | Patient file for A.B. – Lab and medication chart for 09/13/2011 through 12/27/2011<br><br>(ELO-PAT-05995) |
| 333C | | | | Patient file for A.B. – Handwritten Progress Notes Dates 12/07/2011<br><br>(ELO-PAT-06000) |
| 333D | | | | Patient file for A.B. – Specimen data report dated |

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| | | | | 12/13/2011<br><br>(ELO-PAT-06050) |
| 333E | | | | CMS 1500 Form for claim dated 12/13/2011 for patient A.B. for Rituximab Injection and Bendamustine Injection<br><br>(RPT-HHS-00913) |
| 333F | | | | Summary chart for claim dated 12/13/2011 for patient A.B. for Rituximab Injection |
| 334 | | | | Summary chart for claim dated 12/13/2011 for patient A.B. for Bendamustine Injection |
| 335A | | | | Patient file for A.B. – Chemotherapy Push/Injection/Fusion Record Dated 12/14/2011<br><br>(ELO-PAT-05931) |
| 335B | | | | CMS 1500 Form for claim dated 12/14/2011 for patient A.B. for Bendamustine Injection<br><br>(RPT-HHS-00916) |
| 335C | | | | Summary chart for claim dated 12/14/2011 for patient A.B. for Bendamustine Injection |
| 336A | | | | Patient file for J.M. – Chemotherapy Push/Injection/Fusion Record Dated 12/28/2011<br><br>(ELO-PAT-08074) |
| 336B | | | | Patient file for J.M. – Injection Chart<br><br>(ELO-PAT-08083) |
| 336C | | | | CMS 1500 Form for claim dated 12/29/2011 for patient J.M. |

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| | | | | (RPT-HHS-00918) |
| 336D | | | | Summary chart for claim dated 12/29/2011 for patient J.M. for Epoetin Alfa Injection |
| 337A | | | | Patient file for A.L. – Medication chart dated 02/16/2011 through 03/28/2012<br><br>(ELO-PAT-14530) |
| 337B | | | | Patient file for A.L. – Super bill dated 01/04/2012<br><br>(ELO-PAT-14542) |
| 337C | | | | Patient file for A.L. – Progress Notes dated 01/04/2012<br><br>(ELO-PAT-14614 through ELO-PAT-14616) |
| 337D | | | | CMS 1500 Form for claim dated 01/05/2012 for patient A.L.<br><br>(RPT-HHS-00926) |
| 337E | | | | Summary chart for claim dated 01/05/2012 for patient A.L. for Pegfilgrastim Injection |
| 338A | | | | CMS 1500 Form for claim dated 01/27/2012 for patient A.L.<br><br>(RPT-HHS-00927) |
| 338B | | | | Summary chart for claim dated 01/27/2012 for patient A.L. for Pegfilgrastim Injection |
| 339A | | | | Selected documents from patient file for K.P. – Chemotherapy Push/Injection/Fusion Records Dated 03/05/2012 and 03/06/2012<br><br>(ELO-SW-02105 and ELO-SW-02107) |

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 339B | | | | Printout of Appointment Card for patient K.P. for January 2012 through March 2012<br><br>(RPT-FDA-00539 through RPT-FDA-00548) |
| 339C | | | | Printout from Chemocare.com regarding Rituxan from K.P.'s personal file<br><br>(RPT-FDA-00549 through RPT-FDA-00551) |
| 339D | | | | CMS 1500 Form for claim dated 03/06/2012 for patient K.P.<br><br>(RPT-HHS-00928) |
| 339E | | | | Summary chart for claim dated 03/06/2012 for patient K.P. for Rituximab Injection |
| 340A | | | | Patient file for S.B. – Progress notes dated 06/15/2012<br><br>(ELO-PAT-04247 and ELO-PAT-04250) |
| 340B | | | | Patient file for S.B. – Chemotherapy Push/Injection/Fusion Records Dated 06/15/2012<br><br>(ELO-PAT-04380) |
| 340C | | | | Patient file for S.B. – Super Bill dated 06/15/2012<br><br>(ELO-PAT-04382) |
| 340D | | | | Patient file for S.B. – New patient form<br><br>(ELO-PAT-04435 through ELO-PAT-04440) |
| 340E | | | | CMS 1500 Form for claim dated 06/15/2012 for patient S.B.<br><br>(RPT-HHS-00935 through RPT-HHS-00937) |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 340F | | | | Summary chart for claim dated 06/15/2012 for patient S.B. for Zoledronic Acid |
| 341-400 | | | | (Intentionally Left Blank) |
| **Summary Exhibits Showing Drugs Administered by East Lake Oncology, PA to Patients** | | | | |
| 401A | | | | Summary exhibit reflecting purchases of Mabthera, analysis of East Lake Oncology's orders from QSP of Mabthera and orders of FDA-approved Rituxan, administration of drugs to patients M.S., S.M., and C.K., and submission of claims to Medicare |
| 401B | | | | Summary exhibit reflecting extra money made from purchases referenced in Ex. 401A |
| 402A | | | | Summary exhibit reflecting purchases of Mabthera and Ribomustin, analysis of East Lake Oncology's orders from QSP of Mabthera and Ribomustin, and orders of FDA-approved Rituxan and Treanda, administration of drugs to patient A.B., and submission of claims to Medicare |
| 402B | | | | Summary exhibit reflecting extra money made from purchases referenced in Ex. 402A |
| 403A | | | | Summary exhibit reflecting purchase of Eprex, analysis of East Lake Oncology's orders of FDA-approved Procrit, administration of drug to patient J.M., and submission of a claim to Medicare |
| 403B | | | | Summary exhibit reflecting extra money made from purchase referenced in Ex. 403A |
| 404A | | | | Summary exhibit reflecting purchases of Neulastim, analysis of East Lake Oncology's orders from QSP of Neulastim and orders of FDA-approved Neulasta, administration of drugs to patient A.L., and submission of claims to Medicare |

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 404B | | | | Summary exhibit reflecting extra money made from purchase referenced in Ex. 404A |
| 405A | | | | Summary exhibit reflecting purchase of Mabthera, analysis of East Lake Oncology's orders from QSP of Mabthera and orders of FDA-approved Rituxan, administration of drug to patient K.P., and submission of claim to Medicare |
| 405B | | | | Summary exhibit reflecting extra money made from purchase referenced in Ex. 405A |
| 406A | | | | Summary exhibit reflecting purchase of Zometa; analysis of East Lake Oncology's orders of Zometa from QSP and Cancer Drugs Online, and orders of FDA-approved Zometa; administration of drug to patient S.B.; and submission of claims to Medicare |
| 406B | | | | Summary exhibit reflecting profit from purchase referenced in Ex. 406A |
| 407-499 | | | | (Intentionally left blank) |
| **Demonstrative Exhibits from Search** | | | | |
| 500 | | | | Diagram of East Lake Oncology's Offices at the time of the search warrant |
| 501 | | | | Demonstrative exhibit for the location of materials found during the search warrant |
| | | | | |
| | | | | |
| | | | | |