**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**HONORABLE JAMES S. MOODY, JR.**

| | |
|---|---|
| CASE NO.  8:15-cr-183-T-30AEP | DATE:  November 8, 2016 |
| TITLE:  USA v. D. ANDA NORBERGS | |
| TIME:  9:55 a.m. – 11:55 a.m.; 1:15 p.m. – 2:45 p.m.; 3 p.m. – 4:15 p.m.; 4:30 p.m. – 5:25 p.m. | TOTAL:  5 hours and 40 minutes |

| | |
|---|---|
| Courtroom Deputy:  Ariana Romero | Interpreter:  N/A |
| Court Reporter:  Melissa Pierson | |

| |
|---|
| Counsel for Government:  Adam Saltzman and Jay Trezevant |
| Counsel for Defendant(s):  George Tragos and Peter Sartes |

## CLERK'S MINUTES: PROCEEDINGS OF JURY TRIAL (Day 2)

9:55   Court in session.  The Court advises parties that it has received two notes regarding two jurors (G.K. and C.P.).  Jurors G.K. and C.P. enter the courtroom for questioning.  Jurors, G.K. and C.P. are excused.

10:07  Jurors enter the courtroom and are seated.  Cross-examination by Mr. Tragos of witness, Dr. Mary Mayleben, resumes.

10:30   Re-direct examination conducted by Mr. Trezevant.

10:35   Government's witness:  Lee Eric Larson, witness sworn.  Direct examination conducted by Mr. Saltzman.  The witness identifies Defendant by describing articles of clothing she is wearing.

The following exhibits were admitted during direct examination:
Government Exhibits 101A, 101A1, 102, 102A, 110-113, 115-116, 500 (demonstrative only – not admitted), 501 (demonstrative only - not admitted), 4A, 5, 6B, 6F, 11B, 11C,11E,11F, 11G, 11H, 12A and B, 13B-H, 14A, 14C-E, 20A and B, 22, 103A, 104, 105A, 106, 160, 201, 201A-D, 202, 330A-C, 331A, 332A-K, 333A-D, 335A, 336A-B, 337A-C, 339A, 340A-D, 6, 6A, 6C-E, 6G, 6H, 11, 11A, 11D, 11I, 13A, 14B, 15A-C, 2A.

11:55  Jurors are excused for lunch.  Court in recess until 1:15 p.m.

Case No.:  8:15-cr-183-T-30AEP
USA vs. D. ANDA NORBERGS
Clerk's Minutes – Page 2

1:15   Court resumes.  Jurors enter courtroom.  Direct examination by Mr. Saltzman of Mr. Larson resumes.

      The following exhibits were admitted during direct examination:
Government's Exhibits 151 and 153

1:50   Cross examination conducted by Mr. Tragos.

2:35   Re-direct examination conducted by Mr. Saltzman.

2:45   Jurors are excused for a 15 minute break.  Court in recess.

3:00   Court resumes.  AUSA, Mr. Saltzman, addresses an issue before the Court.

3:07   Jurors enter the courtroom and are seated.  Government's witness:  Dr. Arthur Simone, witness sworn.  Direct examination conducted by Mr. Saltzman.

4:15   Jurors exit for a 15 minute break.  Court in recess.

4:30   Court resumes.  AUSA, Mr. Saltzman, addresses a matter before the Court.

4:40   Jurors enter the courtroom and are seated.  Direct examination by Mr. Saltzman of witness, Arthur Simone, resumes.

      The following exhibits were admitting during direct examination:
Government's Exhibits 101B, 103B, 103C, and 101C

5:20   The Court excuses the jury for the day and are instructed to return on Wednesday, November 9, 2016, at 9:00 a.m.  Jurors exit the courtroom.

5:25   Court adjourned.