Case Number:      8:15-cr-00183-JSM-AEP-1                                    Page 1 of 4 Pages

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,      ___
       Government   X

v.                                                       Case No.   8:15-cr-00183-JSM-AEP-1

D. ANDA NORBERGS                              ____  Evidentiary
                                              X    Trial
                                              ____  Other

       Defendant      X

| Exhibit # | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1. | Intentionally Left Blank | | |
| 2. | Tax Records - 2010 1120S | | **11/17/16** |
| 3. | Intentionally Left Blank | | |
| 4. | Tax Records - 2011 1120S | | **11/17/16** |
| 5. | Intentionally Left Blank | | |
| 6. | Tax Records - 2012 1120S | | **11/17/16** |
| 7. | Intentionally Left Blank | | |
| 8. | Intentionally Left Blank | | |
| | | | |

| | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 4th day of November, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF which will send a notice of electronic filing the following:   United States Attorney's Office, 400 N. Tampa Street, Room 3200, Tampa, Florida 33602.


TRAGOS, SARTES & TRAGOS, PLLC


_____/s/ George E. Tragos_____
GEORGE E. TRAGOS, ESQUIRE
601 Cleveland Street, Suite 800
Clearwater, FL 33755
(727) 441-9030
Florida Bar No. 184830
E-mail: george@greeklaw.com
          sharon@greeklaw.com