**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

    Government

**v.**

**D. ANDA NORBERGS**

    Defendant.

Case No: **8:15-cr-183-T-30AEP**

| | Evidentiary |
|---|---|
| ✓ | Trial |
| | Other |

# COURT'S EXHIBIT LIST

| Exh. No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | | 11/9/2016 | | Sealed Document |
| 2 | | 11/9/2016 | | Stipulation between Government and Defendant |
| 3 | | 11/9/2016 | | Note from Juror |
| 4 | | 11/14/2016 | | Stipulation between Government and Defendant |
| 5 | | 11/15/2016 | | Note from Juror |

**Case Number: 8:15-cr-183-T-30AEP**                                   Page ___2___ of __2___ Pages

| Exh. No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 6 |  | 11/17/16 |  | **Note from Juror** |
| 7 |  | 11/17/16 |  | **Note from Juror** |
| 8 |  | 11/18/16 |  | **Stipulation between Government and Defendant** |
| 9 |  | 11/18/16 |  | **Note from Jurors that Verdict has been reached** |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Table title: **EXHIBIT LIST -- CONTINUATION SHEET**