UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA


– – –

HONORABLE JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE PRESIDING
– – –

UNITED STATES OF AMERICA,    )
                             )
         PLAINTIFF,          )
                             )
VS.                          ) NO. 8:15-cr-183-T-30AEP
                             )
D. ANDA NORBERGS,            )
                             )
         DEFENDANT.          )
_____)


**TRIAL – DAY 4**
**\*\*EXCERPT\*\***

**REPORTER'S TRANSCRIPT OF PROCEEDINGS**
**NOVEMBER 10, 2016**
TAMPA, FLORIDA

MELISSA A. PIERSON, CA CSR 12499,
IL CSR 084.003138, RPR
FEDERAL OFFICIAL COURT REPORTER
801 N. FLORIDA AVENUE, 2ND FLOOR
TAMPA, FLORIDA 33602
PH:  (813)301-5336
USDCtranscripts@gmail.com

```
 1    APPEARANCES OF COUNSEL:

 2    ON BEHALF OF PLAINTIFF:
               A. LEE BENTLEY, III
 3             UNITED STATES ATTORNEY
               BY:  MR. ADAM SALTZMAN, ESQ.
 4             BY:  MR. JAY TREZEVANT, ESQ.
               ASSISTANT UNITED STATES ATTORNEYS
 5             400 N. TAMPA STREET
               ST. 3200
 6             TAMPA, FL 33602
               (813) 274-6000
 7             ADAM.SALTZMAN@USDOJ.GOV
               JAY.TREZEVANT@USDOJ.GOV
 8

 9

10    ON BEHALF OF DEFENDANT:
               TRAGOS, SARTES & TRAGOS, PLLC
11             BY:  MR. GEORGE E. TRAGOS, ESQ.
               BY:  MR. PETER SARTES, ESQ.
12             601 CLEVELAND STREET
               ST. 800
13             CLEARWATER, FL 33755
               (727) 441-9030
14             george@greeklaw.com
               peter@greeklaw.com
15

16

17

18

19

20

21

22

23

24

25
```

1                        I-N-D-E-X

2

   **WITNESS:**

3

   Kelly Krouse

4

       Cont. Direct Examination by Mr. Saltzman:        4
5      Cross-Examination by Mr. Tragos:                 76
       Redirect Examination by Mr. Saltzman:           123

6

7

8

9

10

11

12

13

14

15                        **E X H I B I T S**                **ADM**

16

17  Government's Exhibit No. 105B                         56
    Government's Exhibit No. 31                          65
18  Government's Exhibit No. 32                          65
    Government's Exhibit No. 33                          65
19  Government's Exhibit No. 34                          65
    Government's Exhibit No. 35                          65

20

21

22

23

24

25

```
 1                TAMPA, FLORIDA; NOVEMBER 10, 2016

 2                          - - -

 3              (COURT IN SESSION AT 8:45 A.M.)

 4                        *  *  *  *

 5         THE COURT:  Good morning.

 6         THE JURY:  Good morning.

 7         THE COURT:  You may proceed.

 8         MR. SALTZMAN:  Thank you, your Honor.

 9                      KELLY KROUSE

10    Called as a witness herein, having been previously duly sworn

11    was examined and testified as follows:

12                CONT. DIRECT EXAMINATION

13    BY MR. SALTZMAN:

14    Q.   Good morning, Ms. Krouse.

15    A.   Good morning.

16    Q.   I published on the screen Exhibit 1A.  Are you familiar

17    with this document?

18    A.   Yes.

19    Q.   How are you familiar with it?

20    A.   Um, it was -- it was something that we had in our

21    office.

22    Q.   What's the title of the document?

23    A.   Drug Device and Cosmetic Program.

24    Q.   Is this a document for East Lake Oncology?

25    A.   Yes.
```

1    **Q.**   The mailing address, is that the correct address?

2    **A.**   Yes.

3    **Q.**   I zoomed in on Section 7, Designating Qualifying

4    Practitioner.  I should ask, do you know whose handwriting we

5    just looked at?

6    **A.**   Yeah, Dr. Norbergs.

7    **Q.**   And do you know whose handwriting is in entry No. 7?

8    **A.**   Dr. Norbergs.

9    **Q.**   Who selected who should be placed in entry No. 7?

10   **A.**   Dr. Norbergs.

11   **Q.**   Were you considered for the position of the Designated

12   Qualifying Practitioner?

13   **A.**   No.

14   **Q.**   Why not?

15   **A.**   I'm not a physician.

16   **Q.**   Looking at page 3 of the document, at the bottom, do you

17   see the handwriting there?

18   **A.**   Hmm-hmm, yes.

19   **Q.**   Do you know whose handwriting that is?

20   **A.**   Dr. Norbergs.

21   **Q.**   Do you see the signature?

22   **A.**   Yes.

23   **Q.**   Do you know whose signature that is?

24   **A.**   Dr. Norbergs.

25   **Q.**   The signatures above a line -- below the line it says,

1    "Signature of owner or company officer."  Was Dr. Norbergs

2    the owner of East Lake Oncology?

3    **A.**    Yes.

4    **Q.**    And what is the date on this document?

5    **A.**    September 28th, 2009.

6    **Q.**    I published on the screen side-by-side Government

7    Exhibit 1A, page 3, and Exhibit 6F.  Do you recall looking at

8    Exhibit 6F before?

9    **A.**    Yes.

10    **Q.**    What is the title of that document?

11    **A.**    "Application for a Business Account, Quality Specialty

12    Products Application for a Business Account."

13    **Q.**    And do you see -- can you read the date on the bottom of

14    it?

15    **A.**    May 15, 2009.

16    **Q.**    Was the document, Exhibit 1A, signed before or after the

17    exhibit at 6F?

18    **A.**    After.

19    **Q.**    After that exhibit was -- Exhibit 1A was signed, did

20    East Lake Oncology order from Quality Specialty Products?

21    **A.**    Yes.

22    **Q.**    After it was signed, did Dr. Norbergs ask you to

23    discontinue ordering from Quality Specialty Products?

24    **A.**    No.

25    **Q.**    Do you know if Dr. Norbergs personally ordered drugs

1    from Quality Specialty Products?

2    **A.**   Yes.

3    **Q.**   How do you know that?

4    **A.**   Um, because she did it before I took over.

5    **Q.**   Did she order from Quality Specialty Products after

6    September 28th, 2009?

7    **A.**   Yes.

8    **Q.**   I've published on the screen Exhibit 15A.  What does the

9    very top of the document say?

10   **A.**   Rx-Stores-R-Us.

11   **Q.**   And what is the date on that document?

12   **A.**   August 10th, 2011.

13   **Q.**   And who is it addressed to and from?

14   **A.**   Addressed to me and from Linda.

15   **Q.**   How would you describe Rx-Stores-R-Us?

16          MR. TRAGOS:  Objection, predicate.

17          THE COURT:  Lay a predicate.

18   BY MR. SALTZMAN:

19   **Q.**   Let me skip around.  Looking at page 2 of the document,

20   do you see a date on top of that page?

21   **A.**   August 10th, 2011.

22   **Q.**   Do you know what Rx-Stores-R-Us is?

23   **A.**   Yes, a distributor, drug distributor.

24   **Q.**   Can you read the first two sentences in the paragraph?

25   **A.**   "Please find order forms, pricing sheet and credit card

1   authorization forms sent with this fax for use specific

2   orders.  Simply complete both forms and follow the

3   instructions below to order your oncology meds today.  If you

4   have any further orders, just call us and we will fill them

5   immediately."

6   **Q.**   At the bottom of the document, what name is listed?

7   **A.**   Linda Allan.

8   **Q.**   Looking at the next page of the document, can you

9   describe what's shown on the page here?

10  **A.**   Yeah, this is the price sheet for the medication.

11  **Q.**   And what are the two headers?

12  **A.**   "Rx-Stores-R-Us," um, "All English."

13  **Q.**   Do you know what "All English" means?

14  **A.**   No.

15  **Q.**   I've zoomed in on a portion of that.  Can you tell us

16  what items are listed there?

17  **A.**   I'm sorry, I didn't hear the last part.

18  **Q.**   Can you tell what items are listed there?

19  **A.**   Yes.  Avastin, 400 milligrams, known as Altuzan; Rituxan

20  known as MabThera, 100 milligrams, two times, 10 milliliter

21  vials, 500 milligrams.

22  **Q.**   My apologies.  I'm going to skip ahead to Exhibit 15B.

23  What is the date shown at the top of the document?

24  **A.**   August 8, 2011.

25  **Q.**   And can you describe what this document is?

1    **A.**   Um, this is a price sheet from Rx-Stores-R-US and USP

2    written beside it, prices.

3    **Q.**   What is the header in the middle column?

4    **A.**   Global.

5    **Q.**   Why did you say this is a price sheet for

6    Rx-Stores-R-Us?

7    **A.**   Because Global Rx-Stores-R-Us used to be Global.

8    **Q.**   Are you familiar with those two entities?

9    **A.**   Yes.

10   **Q.**   Do you know where they are located?

11   **A.**   Canada.

12   **Q.**   Going to the next page, zooming in at the top, what does

13   it say there?

14   **A.**   "Rx-Stores-R-Us (Global) All English."

15   **Q.**   For Exhibits 15A and 15B, do you know if these documents

16   were shown to Dr. Norbergs?

17   **A.**   Yes.

18   **Q.**   And were they shown to Dr. Norbergs?

19   **A.**   Were they shown?  Yes.

20   **Q.**   How do you know that?

21   **A.**   Because, um, when Linda had called, she said she was

22   going to send this over and that they opened up a new store

23   under Rx-Stores-R-Us.  So I had given them to Dr. Norbergs to

24   tell her that.

25   **Q.**   At this time, were you learning how to order drugs or

1   were you already ordering drugs on your own?

2   **A.**   I think I was ordering them on my own.

3        THE COURT:  Would you remove the red dot, please

4   (dot on the display screen).

5   BY MR. SALTZMAN:

6   **Q.**   I've displayed on the left side Government Exhibit 15B,

7   page 2, and on the right side Government Exhibit 11E.  Do you

8   recall talking about Exhibit 11E yesterday?

9   **A.**   Yes.

10  **Q.**   In Exhibit 15B, I just zoomed in on the bottom left, can

11  you read for me the first two lines?

12  **A.**   Um, "No overnight service, UK to New York, then to US,

13  four to five days, can order any day, no restrictions."

14  **Q.**   What does that mean?

15  **A.**   Um, that they didn't have overnight services, and that

16  the drugs from the UK would take, um, four to five days, and

17  that we could -- there was no restrictions on, like, um --

18  like, maximum price or minimum price, um, of drugs so that

19  you could have shipping.

20  **Q.**   Do you know if you shared this information with

21  Dr. Norbergs?

22  **A.**   Yes.

23        MR. TRAGOS:  Date, time and place, your Honor.

24  BY MR. SALTZMAN:

25  **Q.**   Approximately when did you share this with Dr. Norbergs?

1    **A.**    About August 8th, of 2011, in the office.

2    **Q.**    And I'm now going to zoom in on Exhibit 11E.  What did

3    you write in Exhibit 11E about how long shipping would take?

4    **A.**    Um, five days, approximately, for UK and 5 to 10 days,

5    approximately, for Canada.

6    **Q.**    Was the timing relating to these two suppliers similar

7    in terms of the shipment time?

8    **A.**    Yes.

9    **Q.**    Let me publish Exhibit 2A on its own.  Can you read what

10   it says below the numbers?

11   **A.**    "Subpoena to testify before Grand Jury."

12   **Q.**    What is the date that's displayed?

13   **A.**    August 18, 2011.

14   **Q.**    And looking at page 2 of the document, if you could just

15   read the first line through the two entities that are listed

16   on the second line.

17   **A.**    "Records of the purchase of any other drug, other than

18   those listed in item No. 1 above from Global Rx Stores and/or

19   Oberlin Medical Supply, including invoices --"

20   **Q.**    You can stop there, ma'am.  Just for the record, if I

21   didn't say it, this is request No. 2.  Looking at request

22   No. 5, can you read the first line through the first word on

23   the second line?

24   **A.**    Oh, okay.  "Records of contact with representatives of

25   Global Rx Stores and/or Martin Bean and Linda Allan."

1  **Q.**   Is the name you just said the same name on the screen

2  right now?

3  **A.**   Yes.

4  **Q.**   I'm now displaying Government Exhibit 15C.  What is

5  displayed at the top of the document?

6  **A.**   Um, "Rx Oncology Consults.  Attention Kelly, from Linda.

7  Fax number, date November 2011."

8  **Q.**   Do you recall this document at that time?

9  **A.**   Yes.

10  **Q.**   And who was it from?

11  **A.**   Linda Allan.

12  **Q.**   And what is the fax number that is shown right by the

13  arrow at the top of the document?

14  **A.**   1-866-371-65 -- excuse me, 6853.

15  **Q.**   And going back to Exhibit 15A, is that the same fax

16  number that's shown here?

17  **A.**   I thought I said 53.  6858.

18  **Q.**   Here, let me -- I've displayed --

19  **A.**   At the bottom, yes.

20  **Q.**   Those two fax numbers are the same?

21  **A.**   Yes.

22  **Q.**   Are you familiar with Rx Oncology Consultants?

23  **A.**   Yes.

24  **Q.**   What is that?

25  **A.**   A distributor from Canada.

1    **Q.**   Do you know who worked at Rx Oncology?

2    **A.**   Yeah, Linda Allan.

3    **Q.**   Is that the same Linda Allan we have been talking about?

4    **A.**   Yes.

5    **Q.**   Do you know if you provided this document to

6    Dr. Norbergs?

7    **A.**   Yes.

8    **Q.**   And how do you know that?

9    **A.**   Because, um, these all went to her.

10        MR. TRAGOS:  Date, time and place.

11    BY MR. SALTZMAN:

12    **Q.**   Approximately when did you provide Exhibit 15C to

13    Dr. Norbergs?

14    **A.**   Um, January 11th, of 2014.

15    **Q.**   Exhibit 15C.  What time did you provide that to

16    Dr. Norbergs?

17    **A.**   Um -- oh, shoot.  I did the dot again (witness

18    accidentally marked on the video screen).

19    **Q.**   I'll erase it.  Approximately when did you provide

20    Exhibit 15C to Dr. Norbergs?

21    **A.**   11-11, 2014.  I can't see the date very well.

22    **Q.**   What is --

23    **A.**   November 2011.

24    **Q.**   Is that when you provided the document to Dr. Norbergs?

25    **A.**   Yes.  Yep.

1  **Q.**   And I've put Exhibit 15B on the left side.  After

2  November 2011, do you know if East Lake Oncology ordered from

3  Rx Oncology Consultants?

4  **A.**   I don't think so.

5  **Q.**   Why not?

6  **A.**   Because I don't think they stay open long enough.

7  **Q.**   Do you know why they didn't stay open?

8  **A.**   No.  Linda would just call and say that they opened up a

9  new business.

10 **Q.**   And on the right side I'm going to display Exhibit 110,

11 page 2.  Can you tell us what this document is?

12 **A.**   It's QSP confirmation for the order.

13 **Q.**   And what is the date on this document?

14 **A.**   December 28, 2011.

15 **Q.**   And what item is listed on the bottom, that I zoomed in

16 on?

17 **A.**   Eprex, known as Procrit in the US, refrigerated item.

18 **Q.**   Do you know if Exhibit 110 was provided to Dr. Norbergs?

19 **A.**   Yes.

20 **Q.**   How do you know that?

21 **A.**   Because it was part of the packet that she got after the

22 order form, the confirmation and the invoice.

23 **Q.**   And approximately when did Dr. Norbergs receive that?

24 **A.**   Around December 28th, of 2011.

25 **Q.**   And where did she receive that?

**A.**    In her office.

**Q.**    When drugs were ordered, how did you know how much to order of a drug?

**A.**    Um, the chemo nurses usually gave me a sticky with the amount that they needed.

**Q.**    Publishing Exhibit 20A.  Um, what does that say on the first page?

**A.**    "Dr. Norbergs, here is inventory count you requested. Thanks."

**Q.**    Do you know if an inventory was taken at the office?

**A.**    Um, a few times.

**Q.**    And going to page 2 of the document, what is shown here?

**A.**    Um, the inventory list.

**Q.**    And why only a few times?

**A.**    Um, we tried to get the chemo nurses to do it and they were always too busy.

**Q.**    Displaying Government Exhibit 20B, what is shown here?

**A.**    This is, um, a request for a drug order.  Next they were saying that for the next week we are going to need for these patients, these items.

**Q.**    Do you know whose handwriting is on this document?

**A.**    Um, Dr. Norbergs.

**Q.**    Where on the page is Dr. Norbergs handwriting, if you can describe it?

**A.**    On the right-hand side.

1    **Q.**    And what color pen is her handwriting?

2    **A.**    It's in black and red.

3    **Q.**    And just to orient us, can you just read something that

4    she wrote so we know what you're referring to?

5    **A.**    "455 milligrams/week."  I can't read what the red word

6    is, but then need 170 -- or 120 --

7    **Q.**    Let me stop you for a second.  Is all of the red pen

8    handwriting Dr. Norbergs?

9    **A.**    Yes.

10   **Q.**    The handwriting that's on the left side of the document,

11   do you know whose handwriting that is?

12   **A.**    No.

13   **Q.**    What is the -- what is depicted on the left side of the

14   document, what is that information?

15   **A.**    Um, that is, um, the actual list of drugs that we were

16   going to need for the next week.

17   **Q.**    And what is -- do you know what the handwriting on the

18   right side, by Dr. Norbergs, was indicating?

19   **A.**    Was what?

20   **Q.**    Do you know what Dr. Norbergs handwriting, on the right

21   side, was indicating?

22   **A.**    In pen?

23   **Q.**    Yes.

24   **A.**    Yes.

25   **Q.**    And what was it indicating?

1   **A.**   Indicating?  I'm sorry.  That one was, um, what we were

2   probably going to give, the 455 milligrams was what we were

3   going to need for a week.  And then it's the -- direction,

4   like, we have 160 milligrams of Taxotere, but we need 170.

5   **Q.**   What's the date on the document?

6   **A.**   What?

7   **Q.**   What's the date on the document?

8   **A.**   7-18-2011.

9   **Q.**   Publish Exhibit 20A.  Whose handwriting is on this

10  document?

11  **A.**   Dr. Norbergs.

12  **Q.**   When is it dated?

13  **A.**   4-27, 2011.

14  **Q.**   Do you recall seeing that document at that time?

15  **A.**   No.

16  **Q.**   What does it say below the date?

17  **A.**   "Please order from QSP Velcade," I think it says, "On

18  1. -- 3.5, and that would be $1,220."

19  **Q.**   And is there a long line that runs across toward the

20  center?

21  **A.**   Yeah.

22  **Q.**   And what does it say below that?

23  **A.**   "Please order from Warwick."

24  **Q.**   Do you know what Warwick is?

25  **A.**   Um, yeah, it's a drug distributor.  They were called

1    something else also.

2    **Q.**    I've published Exhibit 4A, and I'm just going to zoom in

3    on the first sentence.  If you can just read that.

4    **A.**    "According to information received by the US Food and

5    Drug Administration, FDA or agency, your medical practice

6    purchased multiple medications from a foreign distributor

7    named Richard Pharma, also known as Richards Services,

8    Warwick Healthcare Solutions, or Benn Dunn Marketing, Inc,

9    BDMI."

10   **Q.**    I'm going to display on the screen Exhibit 21B.  Whose

11   handwriting is on that document?

12   **A.**    Dr. Norbergs.

13   **Q.**    And what is the date on it?

14   **A.**    5-5-2011.

15   **Q.**    And what does the first line of handwriting say?

16   **A.**    "QSP overnight."

17   **Q.**    Do you recall seeing this document around 5-5-2011?

18   **A.**    Um, I don't recall.

19   **Q.**    After Dr. Norbergs wrote this, do you know what happened

20   to the piece of paper?

21   **A.**    Um, she probably -- she gave it to somebody to order.

22   **Q.**    Was that the standard practice of the office?

23   **A.**    Yes.

24   **Q.**    Did you get sheets of paper like this one from

25   Dr. Norbergs ever?

1  **A.**  Uh-huh.

2  **Q.**  Did Dr. Norbergs include on the instructions like this

3  names of distributors?

4  **A.**  Yes.

5  **Q.**  And what did you understand that to mean?

6  **A.**  Um, that she wanted them ordered particularly from a

7  particular drug distributor.

8  **Q.**  Was there a handwritten note for every instruction to

9  order drugs?

10  **A.**  Not always.

11  **Q.**  How else did you know how to order -- what drugs to

12  order then?

13  **A.**  Um, if it didn't come handwritten and it was maybe a

14  short order, they would just mostly --

15          MR. TRAGOS:  Objection to the pronoun "they."

16          THE COURT:  Sustained.

17  BY MR. SALTZMAN:

18  **Q.**  How did you know, and if you could be clear as to who

19  told you, if anyone, without saying what they said, but how

20  did you know what drugs to order without an actual

21  handwritten note?

22  **A.**  Um, they could tell me.

23  **Q.**  And can you classify who "they" is?

24  **A.**  Chemo nurses or Dr. Norbergs.

25  **Q.**  And on this document, do you see the word "Global" in

1    the middle?

2    **A.**    Yes.

3    **Q.**    What does that refer to, if you know?

4    **A.**    Um, Zometa, order the Zometa from Global.

5    **Q.**    Is that the same Global we were talking about earlier?

6    **A.**    Yes.

7    **Q.**    And on the last line of handwritten -- handwriting, what

8    is that?

9    **A.**    Um, Warwick, if they can be -- if we can receive them by

10   Tuesday.  Meaning, the top order we could order instead of

11   from QSP we could order it from Warwick, if they had it -- if

12   we could receive it in time.

13   **Q.**    What is right below that?

14   **A.**    Dr. Norbergs initials.

15   **Q.**    I'm just going to zoom in.  Are you referring to what I

16   just zoomed in on?

17   **A.**    Yes.

18   **Q.**    How does the information in Exhibit 21C relate to the

19   information from Exhibit 21B?

20   **A.**    Um, so the bottom half is, um, an answer to the top

21   request.

22   **Q.**    Whose handwriting is on the bottom?

23   **A.**    Mine.

24   **Q.**    Anyone else's?

25   **A.**    Dr. Norbergs.

1    **Q.**   Now, seeing your handwriting, do you know if

2    Dr. Norbergs gave you this document?

3    **A.**   Yes.

4    **Q.**   And did she?

5    **A.**   Yes.

6    **Q.**   And can you just generally describe what is written on

7    the bottom portion?

8    **A.**   Um, that Global didn't have any Zometa.  That it's on

9    backorder.  Um, it will be delivered on Monday, "So Warwick,

10   no guarantees by Tuesday."

11   **Q.**   Did you order from domestic suppliers of drugs?

12   **A.**   Yes.

13   **Q.**   Did domestic suppliers of drugs ever have backorders?

14   **A.**   Yes.

15   **Q.**   Was it more common for a domestic supplier or a foreign

16   supplier to have backorders?

17   **A.**   Domestic.

18   **Q.**   Displaying Government Exhibit 21D.  What is the date

19   that's on the left side?

20   **A.**   July 6, 2011.

21   **Q.**   What does it say on the top right side?

22   **A.**   QSP.

23   **Q.**   Can you describe what's below that?

24   **A.**   It's a drug order.

25   **Q.**   And what is below that?

**A.**   Dr. Norbergs initials.

**Q.**   And after this was written, do you know what happened to this note?

**A.**   Somebody made the order.

**Q.**   Do you know who made the order?

**A.**   It could have been me or one of the chemo nurses or herself.

**Q.**   What is shown in Exhibit 21E that I just displayed?

**A.**   Um --

**Q.**   Whose handwriting is on the note?

**A.**   Dr. Norbergs.

**Q.**   Who's the note written to?

**A.**   Me.

**Q.**   And what is the date?

**A.**   July 11, 2011.

**Q.**   And what does it say below the date?

**A.**   That she wanted me to order from QSP the three drugs, and we needed it by July 18th, of 2011.

**Q.**   And what is below the July 18, 2011, date?

**A.**   Her initials.

**Q.**   I have now displayed Exhibit 21F.  Whose handwriting is that?

**A.**   Mine.

**Q.**   And who's the note addressed to?

**A.**   Dr. Norbergs.

1   **Q.**   Is all the handwriting on the note yours?

2   **A.**   Yes.  Um, well, there's one at the bottom that's not

3   mine and it's the word "yes" ordered two times.

4   **Q.**   Do you know whose handwriting that is?

5   **A.**   Dr. Norbergs.

6   **Q.**   And what did you write in this note?

7   **A.**   "Dr. Norbergs, I had to borrow Herceptin 440 from

8   Florida Cancer Specialty for Dorothy Hertel.  I owe it back

9   tomorrow, 7-19-2011.  We only had 260.  Do I order from QSP

10  overnight?"  And then --

11  **Q.**   What was her response?

12  **A.**   Um, "Yes, order two times Herceptin 445," and I just

13  made another red dot (witness marked on the screen).

14  **Q.**   And what is FCS?

15  **A.**   Florida Cancer Specialists.

16  **Q.**   What is Florida Cancer Specialists?

17  **A.**   A cancer center.

18  **Q.**   Where were they located in relation to East Lake

19  Oncology?

20  **A.**   Just up the street, like, they are on, um, in Long Boat

21  across the street from East Hospital.  So it was about less

22  than a mile from our office.

23  **Q.**   Whose practice is bigger Florida Cancer Specialists or

24  East Lake Oncology?

25  **A.**   Florida Cancer Specialists.

1  **Q.**    Was it common as written here to "borrow drugs?"

2  **A.**    Yeah, we did it from time to time, and vice-versa.  They

3  would borrow from us.

4  **Q.**    After Dr. Norbergs wrote, "Yes," what did you do?

5  **A.**    Um, placed the order with QSP, and yeah, placed the

6  order with QSP.

7  **Q.**    After you placed the order with QSP what happened?

8  **A.**    I ran it back over to Florida Cancer Specialists.

9  **Q.**    What did you run over?

10  **A.**    The drug -- Herceptin.

11  **Q.**    Did you receive that from QSP?

12  **A.**    Yes.

13  **Q.**    You personally brought it to Florida Cancer Specialists?

14  **A.**    Hmm-hmm.

15          THE COURT:  You have to answer yes or no.

16          THE WITNESS:  Yes.  I'm sorry.

17          MR. SALTZMAN:  Thank you, your Honor.

18  BY MR. SALTZMAN:

19  **Q.**    What, if anything, did you tell them about where the

20  Herceptin came from?

21  **A.**    No conversation, just handed it back to them.

22  **Q.**    Publishing Exhibit 21G.  Whose handwriting is on that

23  note?

24  **A.**    Dr. Norbergs.

25  **Q.**    What does it say at the top?

1    **A.**   "QSP, October 3, 2011."

2    **Q.**   What is written in the first two lines below that?

3    **A.**   "Neulastim 6 milligrams times one.  Rituxan

4    100 milligrams, two-pack times two."

5    **Q.**   Displaying Government Exhibit 21H, whose handwriting is

6    on that document?

7    **A.**   Dr. Norbergs.

8    **Q.**   What does it say at the top?

9    **A.**   QSP.

10   **Q.**   What is the date on the document?

11   **A.**   Um, November 7, 2011.

12   **Q.**   And what is next to the date?

13   **A.**   Um, "Overnight, Abraxane and Neupogen.

14   **Q.**   What is Abraxane and Neupogen?

15   **A.**   A drug order.

16   **Q.**   At the bottom is there --

17   **A.**   Her initials.

18   **Q.**   Do you recall seeing this document around that time?

19   **A.**   Yeah.

20   **Q.**   Who gave it to you?

21   **A.**   Dr. Norbergs.

22   **Q.**   And what did you do with it after you received it?

23   **A.**   Placed the order.

24   **Q.**   How often did you receive notes like this from

25   Dr. Norbergs?

**A.**   Um, often.   Um --

**Q.**   Have we looked at all the notes that Dr. Norbergs gave you like this one?

**A.**   No.

**Q.**   For which suppliers did Dr. Norbergs give you notes like this?

**A.**   All.

**Q.**   Did you keep all of the notes that Dr. Norbergs gave you?

**A.**   I want to say, most of the time.   I usually attached them to the actual order form confirmation invoice and payment packet.

**Q.**   Did Dr. Norbergs say which supplier to order the drugs from?

**A.**   Yes, most of the time.

**Q.**   I would go through some, not all of the orders, publish on the screen Government's Exhibit 1A, and I placed also in front of you the orders we're going to talk about.   So if you need to refer to the actual physical copy, please do.

**A.**   Okay.

**Q.**   Are you familiar with Government Exhibit 1A?

**A.**   Yes.

**Q.**   And can you describe --

          MR. TRAGOS:   I think it's 101A.

          MR. SALTZMAN:   Thank you, sir.   101A.

```
 1   BY MR. SALTZMAN:
 2   Q.   Exhibit 101A, are you familiar with that document?
 3   A.   Yes.
 4   Q.   Can you describe Exhibit 101A?
 5   A.   This is a complete packet, meaning that the order, the
 6   confirmation, the packing slip and the payment and invoice
 7   are all put together, stapled and then put into a notebook.
 8   Q.   Is it after it's stapled is it put directly into a
 9   notebook?
10   A.   After -- yeah, after payment.
11   Q.   Who made payment for that based on that order?
12   A.   East Lake Oncology.
13   Q.   And who at East Lake Oncology was responsible for making
14   the payment?
15   A.   Dr. Norbergs.
16   Q.   Before payment was made, was that packet provided to
17   Dr. Norbergs?
18   A.   Yes.
19   Q.   And was everything in the packet that is in front of you
20   provided to Dr. Norbergs?
21   A.   Yes.
22   Q.   Does that include the first page that we're looking at
23   on the screen right now?
24   A.   Um, yes, this is the copy of the check.
25   Q.   What does that mean?
```

1    **A.**   That means that it's the check stub that, um, the office

2    keeps.  So everything is stapled, put in, um, bins and then

3    when she makes a payment, um, she puts the check with it and

4    then I would send the check off, put the check with this, and

5    staple it, punch three holes in it and then file it in a

6    book.

7    **Q.**   In the process you just described did that happen for

8    each order?

9    **A.**   Yes.

10    **Q.**   Did that happen with foreign suppliers?

11    **A.**   Yes.

12    **Q.**   Did that happen for each order from domestic suppliers

13    as well?

14    **A.**   Yes.

15    **Q.**   Going to page 7, what is shown on this page?

16    **A.**   A drug order.

17    **Q.**   And whose handwriting is that?

18    **A.**   Dr. Norbergs.

19    **Q.**   And what is -- can you read just the first word on the

20    last three lines?

21    **A.**   Um, "Rituxan, Treanda, Rituxan, Rituxan."

22    **Q.**   After that was written what happened to that piece of

23    paper, if you know?

24    **A.**   It would usually go with the -- into the packet, after

25    you ordered.  We'd order it, order the drugs.

1  **Q.**   And who, um, placed the order?

2  **A.**   Me.

3  **Q.**   How do you know that?

4  **A.**   Because I did most of the ordering unless I was on

5  vacation.

6  **Q.**   On this piece of paper does it say which distributor to

7  order from?

8  **A.**   No.

9  **Q.**   How did you know which distributor to order from then?

10  **A.**   Um, this would have been, like, price shopping.

11  **Q.**   Now, going back a page to page 6, what is this showing?

12  **A.**   That shows that, um, that's a QSP order.

13  **Q.**   Whose handwriting is on that document?

14  **A.**   Mine.

15  **Q.**   Is there anyone else's handwriting on there?

16  **A.**   Um, no.  I don't think so.

17  **Q.**   And under the heading, "Description Medication Name,"

18  did you write the word "Rituxan?"

19  **A.**   Yes.

20  **Q.**   Twice?

21  **A.**   Yes.

22  **Q.**   Treanda as well?

23  **A.**   Yes.

24  **Q.**   Who filled out the information in this section, starting

25  with doctor name?

1   **A.**   I did.

2   **Q.**   At the bottom under, "doctor's signature," whose

3   signature is that?

4   **A.**   Mine for Dr. Norbergs.

5   **Q.**   Who gave you permission to write that?

6   **A.**   Dr. Norbergs.

7   **Q.**   Was this document included in the packet that was

8   provided to Dr. Norbergs?

9   **A.**   Yes.

10  **Q.**   Um, did she ever question your signing her name in that

11  spot?

12  **A.**   No.

13  **Q.**   What date is next to the signature?

14  **A.**   Um, 9-20-2011.

15  **Q.**   And what is written below that date?

16  **A.**   Um, shipped 9-21-2011.  Should receive by, um, 9-22 of

17  2011.

18  **Q.**   Did you write that?

19  **A.**   Yes.

20  **Q.**   What does that mean?

21  **A.**   That means that, um, I probably placed the order too

22  late on the 20th so that they couldn't ship it until the

23  21st, and that we would receive it in the office on the 22nd

24  of September.

25  **Q.**   Skipping ahead two pages, what does this show?

**A.**   Um, that the order was faxed, fax confirmation of a drug

order.

**Q.**   For orders to QSP were they always faxed?

**A.**   Yes.

**Q.**   After the fax was sent what did you receive next, if

anything?

**A.**   When did we receive the order?

**Q.**   What -- after the fax in the process of ordering, what

happened next?

**A.**   Okay.  Um, so then they would send us a confirmation,

and the confirmation was the invoice, what's on the screen

right now, and then, um, we would receive the --

**Q.**   Just looking at.

**A.**   -- we would receive the order.

**Q.**   For a moment looking at 101A, page 2, what's the date of

the order?

**A.**   September 20th, of 2011.

**Q.**   And is that date that you wrote in on the order form

that we looked at a moment ago?

**A.**   Yes.

**Q.**   And the shipping information is that Dr. Norbergs

office?

**A.**   Yes.

**Q.**   And under your order, in the last two entries, what does

it say there in the last two entries?

1    **A.**    "Ribomustin, known as Treanda in the US, Germany,

2    100 milligrams, 1 vial, same name Ribomustin, known as

3    Treanda in the US, Germany, 25 milligrams, 5 vials."

4    **Q.**    Going back to page 101 -- Exhibit 101A on page 6, did

5    you write Ribomustin or Ribomustin on that page?

6    **A.**    No.

7    **Q.**    What did you write?

8    **A.**    Treanda.

9    **Q.**    And going to page 3, zooming in at the top, what does it

10   say in the first two entries under, "product description?"

11   **A.**    Um, "MabThera, known as Rituxan in the US, refrigerated

12   European Union, 100 milligrams, 10 milliliters, two vials."

13   **Q.**    And what is just the words, not the numbers?

14   **A.**    Okay.  "MabThera, known as Rituxan in the US,

15   refrigerated."

16   **Q.**    Going back to page 6, what did you write when you placed

17   the order?

18   **A.**    Rituxan.

19   **Q.**    And going to page 9 of the document, what does this page

20   show?

21   **A.**    This is a packing slip.

22   **Q.**    And how did East Lake Oncology receive the packing slip?

23   **A.**    Um, inside the package.

24   **Q.**    And what else, if anything, was inside of the package?

25   **A.**    Um, the drugs and ice, if they were cold, and bubble

1    wrap was inside the package.

2    **Q.**    Were the drugs that were inside of the box did they

3    match what is listed on the packing slip?

4    **A.**    Um, as far as I know.

5    **Q.**    When a box came in, um, from QSP, who did it go to?

6    **A.**    The chemo department.

7    **Q.**    And what did they do with it when they got it?

8    **A.**    Um, they usually unpacked it, um, put it in where it

9    needed to go, and checked off the packing slip, and then the

10   packing slip went into my office to put with the rest of the

11   information.

12   **Q.**    And zooming in on some handwriting on the bottom, do you

13   see this?

14   **A.**    Yes.

15   **Q.**    What does that indicate, if you know?

16   **A.**    That our -- it was the chemo nurse that did put them

17   away and checked them in.

18   **Q.**    And on the bottom, um, what drugs are referred to?

19   **A.**    Ribomustin, known as Treanda in the US.

20   **Q.**    And on the next page, is this another packing slip?

21   **A.**    Yes.

22   **Q.**    Is MabThera shown on --

23   **A.**    Yes.

24   **Q.**    -- two entries of that?

25   **A.**    Yes.

1   **Q.**   And do you see in the lower right handwriting?

2   **A.**   Yes.

3   **Q.**   And what does that indicate?

4   **A.**   Chemo, um, nurse that checked them in and put them away

5   on September 22nd, of 2011.

6   **Q.**   And after the drug was unpacked, um, I can remember what

7   you said, if you said it or not, but what happened to the

8   piece of paper that came with?

9   **A.**   It goes -- it would go either into my office or

10  Dr. Norbergs office depending -- usually it came into my

11  office, then I put it with the packet, and um, usually waited

12  until we had an invoice to actually staple it, and then it

13  went into a payment folder.

14  **Q.**   Is the -- is this the first page of the document?

15  **A.**   Yes.

16  **Q.**   In time, when would this document have been created

17  within the packet?

18  **A.**   Um, usually about the 30th day.

19  **Q.**   Was it after all the other pages in the packet?

20  **A.**   Uh-huh.

21  **Q.**   Is that a yes or a no?

22  **A.**   Yes.  I'm sorry.

23  **Q.**   And, um, I want you to look at Exhibit 102, and you have

24  the document in front of you as well.  Can you just describe

25  what this is?

**A.**    Um, this is a confirmation page from QSP of a drug

order.

**Q.**    And if you could look at the physical copy.  Can you

describe what Exhibit 102 is, as a whole?

**A.**    Um, a packet, um, drug order from beginning to end

except for payment.

**Q.**    Looking at page 5 of the document, whose handwriting is

in that -- you can look at the screen first.

**A.**    Is it Dr. Norbergs.

**Q.**    And what does it say at the top?

**A.**    QSP.

**Q.**    And on the left side?

**A.**    Um, December 5th, of 2011.

**Q.**    Is all of the handwriting on the document Dr. Norbergs?

**A.**    Um, no.

**Q.**    Who else's handwriting is on the document?

**A.**    Mine.

**Q.**    And where is your handwriting located?

**A.**    The first one is on the right-hand side next to

Neulasta.

**Q.**    Anywhere else?

**A.**    Yes.  On the bottom they said they have everything until

Wednesday.  This is the order until Monday, meaning that all

these drugs would take us to the next ordering date.  "Do we

have, yes, two on this."

1    **Q.**   Did you -- Dr. Norbergs give you this document?

2    **A.**   Yes.

3    **Q.**   And what did you do with it when you got it?

4    **A.**   Um, placed the order.

5    **Q.**   And are there other -- other than QSP are there other

6    suppliers that are referenced on this document?

7    **A.**   Yes.

8    **Q.**   Which ones?

9    **A.**   Metro and Curescript.

10   **Q.**   And who wrote that?

11   **A.**   Dr. Norbergs.

12   **Q.**   Do you know why particular suppliers were picked for

13   different drugs?

14   **A.**   Why what?

15   **Q.**   Why -- well, I guess I should ask first.  Are different

16   drugs -- do they have a specific supplier associated with

17   them?

18   **A.**   Um, yeah, like Procrit and Leukine you signed an

19   agreement that you buy your Procrit from them or your Leukine

20   from them and you got a better discount.

21   **Q.**   And for the other drugs how was that decision made?

22   **A.**   Um, price.

23   **Q.**   Looking at page 2, who filled this form out?

24   **A.**   I did.

25   **Q.**   Did you fill the form out based on the document that we

1    just looked at?

2    **A.**   Yes.

3    **Q.**   And who signed the document at the bottom?

4    **A.**   I did.

5    **Q.**   And what does page 4 of the document show?

6    **A.**   This is a confirmation fax that we faxed the order.

7    **Q.**   And what is page 1 showing?

8    **A.**   That's -- yeah.   This is the invoice for the order

9    placed.

10   **Q.**   And just zooming in on the row here, what does that show

11   underneath -- in the product description?

12   **A.**   Um, MabThera, known as Rituxan in the US.

13   **Q.**   Did you order MabThera?

14   **A.**   Did I order -- yes.

15   **Q.**   Did you order MabThera or did you order Rituxan?

16   **A.**   Rituxan.

17   **Q.**   And what is shown -- this is showing Ribomustin, known

18   as Treanda in the United States?

19   **A.**   Yes.

20   **Q.**   Is that showing Neulasta, known as Neulastim in the

21   United States?

22   **A.**   Yes.

23   **Q.**   Did you order Neulasta or Neulastim?

24   **A.**   Um, I -- um, I think it's Alastin is what they called

25   it.

1   **Q.**   I'm sorry, say that again?

2   **A.**   That's what they called it was Alastin.

3   **Q.**   Looking at page 2 of the document.  What did you write

4   in the second-to-last row that's written there?

5   **A.**   Neulasta.

6   **Q.**   Is that how you ordered it Neulasta as opposed to

7   Neulastim?

8   **A.**   Yeah.

9   **Q.**   And what is this page showing?

10  **A.**   Packing, um, slips so, um, checked in, confirmed that we

11  received it and they wrote "received," um, 12-7-2011.

12  **Q.**   And can you read the first and third line just briefly,

13  what the product description is?

14  **A.**   "MabThera, known as Rituxan, and Neulastim, known as

15  Neulasta in the US."

16          MR. TRAGOS:  What was the last exhibit number?

17          MR. SALTZMAN:  Um, was it 102?

18  BY MR. SALTZMAN:

19  **Q.**   I have displayed on the screen, um, Government

20  Exhibit 102 on both sides, the first and the second page.  In

21  the second row do you see where it says "Rituxan?"

22  **A.**   Yes.

23  **Q.**   And on the first page do you see where it says,

24  "MabThera, known as Rituxan in the United States?"

25  **A.**   Yes.

1    **Q.**   Did you notice that at the time that you placed the

2    orders?

3    **A.**   Yes.

4    **Q.**   And did you ever ask Dr. Norbergs why she wrote

5    "Rituxan" in the order as opposed to MabThera?

6    **A.**   Because that's what we called it.

7              MR. TRAGOS:  Objection, your Honor, unresponsive to

8    the question.

9              THE COURT:  The question called for a yes or no.

10   Do you know?

11             THE WITNESS:  Yes.

12   BY MR. SALTZMAN:

13   **Q.**   And what did -- what did Dr. Norbergs say when you

14   talked to her?

15   **A.**   That it's called Rituxan or -- that the name is Rituxan.

16   **Q.**   And did you -- did you talk about the fact that the

17   invoice came back --

18             MR. TRAGOS:  Objection, leading.

19   BY MR. SALTZMAN:

20   **Q.**   Did you discuss the names that showed up on the

21   invoices?

22   **A.**   We may have.

23   **Q.**   Did you, um, at the time -- actually, I think you

24   said -- did you, at the time, notice that the invoices said

25   something different from what was on the order form?

1    **A.**    Yes.

2    **Q.**    And why did you write Rituxan on the order forms if the

3    invoices came back saying MabThera?

4    **A.**    I thought it was the generic name.

5    **Q.**    And what does the generic name mean to you?

6    **A.**    It just means that it's the same item, it's just not --

7    it's the same thing, it just has, um, a different name.

8    **Q.**    And displayed on the screen is Exhibit 110, page 2.  Is

9    that another order invoice?

10   **A.**    Yes.

11   **Q.**    And do you have the copy of the invoice in front of you?

12   **A.**    Yes.

13   **Q.**    Is that -- is that a packet for a particular order?

14   **A.**    Yes.

15   **Q.**    Is that packet arranged in the same manner as the two

16   invoices that we -- packets that we just went through?

17   **A.**    Yes.

18   **Q.**    And what are the distributors for each of those?

19   **A.**    QSP.

20   **Q.**    And do you have Exhibit 111 in front of you?

21   **A.**    Yes.

22   **Q.**    And I just displayed Exhibit 111, page 2.  Is the packet

23   that's at Exhibit 111 arranged similarly to the other packets

24   that we just went through in detail?

25   **A.**    Yes.

1    **Q.**   And what is the date on Exhibit 111?

2    **A.**   January 4th, of 2012.

3    **Q.**   And was this packet provided to Dr. Norbergs?

4    **A.**   Yes.

5    **Q.**   And I just displayed Exhibit 112, page 2.  What

6    distributor does this relate to?

7    **A.**   QSP.

8    **Q.**   And is the packet, the physical paper copy of it in

9    front of you, is that arranged similarly to the other packets

10   we just talked about?

11   **A.**   Yes.

12   **Q.**   And was this packet provided to Dr. Norbergs?

13   **A.**   Yes.

14   **Q.**   And how does it describe, um, the drug that I have just

15   shown on the screen?

16   **A.**   Neulastim, known as Neulasta in the US.

17   **Q.**   And what is the date on this document?

18   **A.**   January 25, 2012.

19   **Q.**   And on page 4 of this packet, what is shown here?

20   **A.**   A drug order on a sticky note.

21   **Q.**   What does that mean?

22   **A.**   That means, um, on January 25th, the chemo nurse gave me

23   a sticky note that said they needed Neulasta, six milligrams,

24   times one for Lechmanski (phonetic).  That's a patient.

25   **Q.**   Was it common to order a drug for a particular patient?

**A.**   Yes.

**Q.**   And on page 2 of the document, is the description here the same or different as what's on the note that was just written?

**A.**   Different.

**Q.**   How so?

**A.**   Um, it was written -- written Neulasta instead of Neulastim.

**Q.**   I just displayed on the screen Exhibit 126.  Is that arranged in the same manner as the other packets we talked about?

**A.**   Yes.

**Q.**   And what is the date on the document right here?

**A.**   February 17, 2012.

**Q.**   And what does that mean about the date -- as it relates to the orders that are shown here?

**A.**   That we ordered these drugs on the 17th of February of 2012.

**Q.**   Was this packet provided to Dr. Norbergs?

**A.**   Yes.

**Q.**   And do you see Neulastim, known as Neulasta in the United States?

**A.**   Yes.

**Q.**   And Rituxan, known as Ribomustin in the US?

**A.**   Yes.

1    **Q.**   What is the date on this document?

2    **A.**   February 16, 2012.

3    **Q.**   Is the date on this document before or after the order

4    we just looked at?

5    **A.**   After.

6              MR. TRAGOS:  What was the last Exhibit number?

7              MR. SALTZMAN:  I'm going to display them both on

8    the screen.

9              MR. TRAGOS:  Thank you.

10   BY MR. SALTZMAN:

11   **Q.**   Which happened first, the article in Exhibit 7 or the

12   order in Exhibit 113?

13   **A.**   The article came out before the order.

14   **Q.**   Was the order then placed after the article from QSP as

15   shown in Exhibit 113?

16   **A.**   Say that one more time.

17   **Q.**   Was an order placed to QSP after the article was in the

18   newspaper?

19   **A.**   Yes.

20   **Q.**   And looking at the article, at the bottom paragraph --

21   actually, let me go to Exhibit 113, on page 7, what is this?

22   **A.**   Packing slip.

23   **Q.**   What does that packing slip indicate on the last row?

24   **A.**   MabThera.

25   **Q.**   Does that packing slip indicate that a -- that document

 1    was received at East Lake Oncology?

 2    **A.**    Yes.

 3    **Q.**    And with the packing slip -- what came with the packing

 4    slip?

 5    **A.**    The drugs from QSP.

 6    **Q.**    And these packing slips were provided to Dr. Norbergs?

 7    **A.**    Yes.

 8    **Q.**    And after they were provided to Dr. Norbergs, did she

 9    say to you, "stop using any --"

10            MR. TRAGOS:  Objection, leading.

11            THE COURT:  Sustained.

12    BY MR. SALTZMAN:

13    **Q.**    I'm going to back up.  Exhibit 113, on page 9, was this

14    associated with the order we're just looking at?

15    **A.**    Yes.

16    **Q.**    And what does that show on the left side?

17    **A.**    Um, the address of the distributor, River East Supplies,

18    um, in the United Kingdom.

19    **Q.**    And what does the distributor being in the United

20    Kingdom mean?

21    **A.**    Um, that we received that -- those particular drugs from

22    the United Kingdom, QSP.

23    **Q.**    Was that the same or different as the practice of the

24    delivery by QSP that we just talked about?

25    **A.**    The same.

1  **Q.**   If you could look at Exhibits 101 and 102, in front of

2  you.

3  **A.**   Okay.

4  **Q.**   Did drugs come from the United Kingdom or from somewhere

5  else in those packets?

6  **A.**   Um, yeah, these were not -- European Union.

7  **Q.**   Do Exhibit 101 and 102 have a commercial invoice like

8  the one shown in this exhibit?

9  **A.**   No, they do not.

10  **Q.**   Was there a change in the delivery of drugs and the

11  timing of the delivery of drugs with QSP?

12  **A.**   Yes.  We were getting them quicker.

13  **Q.**   When were you getting them quicker?

14  **A.**   Towards, um, 2012, I think they were coming in faster.

15  We didn't have to wait five days.

16  **Q.**   What's the date on this document, ma'am?

17  **A.**   Um, February 20th, of 2012.

18  **Q.**   How long did this -- how long did it take for this

19  product to be received at the office?

20  **A.**   Three days.

21  **Q.**   And if you look at Exhibit 101 in front of you, what was

22  the delivery time in that exhibit or -- if you could look at

23  actually --

24  **A.**   22 days.

25  **Q.**   -- if you look at 101.

1   **A.**   Ordered on December 20, 2011, and received on

2   December 22nd, of 2011.

3   **Q.**   And if you could look at Exhibit 102, and tell us the

4   date of that one?

5   **A.**   12, um, six, um -- yeah, December 6, 2011, it was

6   ordered and received on December 7, 2011.

7   **Q.**   So then, looking, again, at Exhibit 113, was it slower

8   delivery in 2012 or faster delivery?

9   **A.**   Slower.

10  **Q.**   Do you know why the drugs were being delivered slower in

11  February 2012?

12  **A.**   No.

13  **Q.**   In February and March of 2012, do you know if drugs were

14  being delivered slower from Quality Specialty Products, and

15  if you can look at Exhibits 115 and 116, before answering

16  that question.  So some are slow.  The United Kingdom ones

17  were slower?

18  **A.**   Ordered on February 22nd, and received on the 28th.

19  **Q.**   After they were received on the 28th, do you know if the

20  drugs were kept?

21  **A.**   Kept, yes.

22  **Q.**   How do you know that?

23  **A.**   Cause, um, if they didn't have an expiration date, we

24  used them.

25  **Q.**   Now, looking at Exhibit 115, on page 2, what's the date

1    of that document?

2    **A.**    February 22nd, of 2012.

3    **Q.**    Was this document provided to Dr. Norbergs?

4    **A.**    Yes.

5    **Q.**    What does it show on the top two rows and bottom row

6    description?

7    **A.**    "MabThera, known as Rituxan in the US.  MabThera, known

8    as Rituxan in the US."  And then, the last line is,

9    "MabThera, known as Rituxan in the US."

10   **Q.**    And below what's the middle row say?

11   **A.**    "Neulastim, known as Neulasta in the United States.

12   Refrigerated."

13   **Q.**    Can you look at Exhibit 115 and tell us whether or not

14   these products were received?

15   **A.**    Yes.

16   **Q.**    Were they kept?

17   **A.**    Yes.

18   **Q.**    How do you know that?

19   **A.**    Because we didn't throw them away.

20   **Q.**    Was the first page displayed on the screen?  What does

21   that show?

22   **A.**    Payment, check stub.

23   **Q.**    Who wrote the check?

24   **A.**    Dr. Norbergs.

25   **Q.**    How do you know that?

1   **A.**   She did -- she wrote all checks.

2   **Q.**   Did anyone else have access to the checkbook?

3   **A.**   No.

4   **Q.**   Displayed is Exhibit 116, page 2.  What is the date on

5   that document?  I'll zoom in for you.

6   **A.**   February 28th.

7   **Q.**   Do you see "MabThera" on this document?

8   **A.**   Yes.

9   **Q.**   "Neulastim" as well?

10   **A.**   Yes.

11   **Q.**   Going to page 11 of this document, is this part of the

12   same packet?

13   **A.**   Yes.

14   **Q.**   And what do the handwritten notes say there?

15   **A.**   Um, "received," and um, it says, "Rituxan X8, Rituxan

16   500 X2."

17            MR. TRAGOS:  Objection, predicate as to who wrote

18   the document.

19            THE COURT:  Lay a predicate.

20            MR. SALTZMAN:  Excuse me, your Honor?

21            THE COURT:  He's asking you to lay a predicate.

22   BY MR. SALTZMAN:

23   **Q.**   Do you know who wrote this document?

24   **A.**   The -- no.

25   **Q.**   If you don't know who, do you know what position --

**A.**   The chemo nurse.

**Q.**   Excuse me?

**A.**   Chemo nurse.

**Q.**   This is part of the records that were kept by East Lake Oncology?

**A.**   Yes.

**Q.**   And can you read what it says?

**A.**   Um, "Received March 6, 2012, Rituxan 100 X8.  Rituxan 500 X2."

**Q.**   If you can skip to the Neulasta.  Is that in there as well?

**A.**   Yep, "Neulasta six X2."

**Q.**   And after the this paper was received, was it put into a packet like the others?

**A.**   Yes.

**Q.**   And was it provided to Dr. Norbergs?

**A.**   Yes.

**Q.**   And was -- the products that were received were they kept?

**A.**   Yes.

**Q.**   After March 6th, of 2012, do you know if you ordered any more from QSP?

**A.**   No.  I don't recall.

**Q.**   Do you recall generally when you -- when you stopped ordering from QSP?

```
 1   A.    Yeah.  Well, yeah, I'm thinking around, about March.

 2   Q.    And why did you stop placing orders with QSP?

 3   A.    I don't think anybody was answering their phone.

 4   Q.    Who was calling QSP?

 5   A.    My --

 6              MR. TRAGOS:  Objection, hearsay.

 7              THE COURT:  Overruled.

 8              THE WITNESS:  I was.

 9   BY MR. SALTZMAN:

10   Q.    And when you called, what happened?

11   A.    I think the phone just rang.

12   Q.    Did you tell anyone about that?

13   A.    Yes.

14   Q.    Who did you tell?

15   A.    Dr. Norbergs.

16   Q.    What was Dr. Norbergs reaction when you told her that?

17   A.    Um, well, try again to call 'em.

18   Q.    Did you try again?

19   A.    Yeah, I tried several, um, days and no one answered and

20   she was just, um, "Well, we can't order from them anymore."

21   Q.    Did she have any -- what was her demeanor when she said,

22   "I guess we can't order from them anymore?"

23   A.    Um, just businesslike.

24              THE COURT:  When you reach a convenient stopping

25   place, we'll take our break.
```

1          MR. SALTZMAN:  This is a convenient stopping place,

2     your Honor.

3          THE COURT:  Let's take a 15-minute break.

4          CSO OFFICER:  All rise.

5          (Morning recess taken at 10:27 a.m.)

6          (Court back in session at 10:45 a.m.)

7          THE COURT:  Proceed.

8          MR. SALTZMAN:  Thank you, your Honor.

9     BY MR. SALTZMAN:

10    **Q.**   I have displayed on the screen Government Exhibit 102,

11    page 2 on the left, and 102 -- 103A on the right.  Actually,

12    page one of Exhibit 102.  Do you have copies of those

13    documents in front of you?

14    **A.**   Yes.

15    **Q.**   What are these documents?  Can you just describe what

16    they are in the general sense?

17    **A.**   Drug orders.  One is a confirmation for a drug order.

18    The other is an invoice for a drug order.

19    **Q.**   What is the entire Exhibit 102, and the entire

20    Exhibit 103A?

21    **A.**   Invoices.

22    **Q.**   Does it include anything other than invoices in the

23    exhibit?  Can you look at the physical paper in front of you

24    for Exhibit 102 and Exhibit 103A and tell us what the entire

25    exhibit is?

**A.** Um, the whole drug order packet.

**Q.** And for Exhibit 103A, who is the distributor that this relates to?

**A.** Quantum Solutions SRI, Cancer Drugs Online.

**Q.** At packet -- at Exhibit 103A, can you describe the form of that, and as it relates to Exhibit 102, are the two packets of a similar nature?

**A.** Yes.

**Q.** And I put Exhibit 103A on the screen, on its own. What's the date on the document?

**A.** 12-21, 2011.

**Q.** What product is being ordered in this document?

**A.** Zometa.

**Q.** Do you know who placed this order?

**A.** I did.

**Q.** Did you place this order on your own or did you receive instructions to place this order?

**A.** Instructions to place the order.

**Q.** Do you know who you received those instructions from?

**A.** Dr. Norbergs.

**Q.** How do you know that?

**A.** Um, because I wouldn't -- I didn't have permission to order ten vials on my own.

**Q.** Why did you not have permission to order ten vials on your own?

1   **A.**   Because that was ordering ahead for future use, and I

2   could only -- and I only ordered on my own the couple days

3   that we needed the drugs for.

4   **Q.**   Was it common or uncommon to order ahead?

5   **A.**   Um, uncommon.

6   **Q.**   When is it that you would order -- from which

7   distributors would you order ahead from?

8   **A.**   Um, well, from domestic and foreign.  It depends on the

9   price, and a lot of times the domestic wholesalers had vials

10  on sale.  So we might order ahead a couple of those vials.

11  **Q.**   Why would you order ahead from a foreign distributor?

12  **A.**   Um, because the Zometa was a good price and it took long

13  to get there.  It took a while for us to receive it.

14  **Q.**   I displayed page 5 of Exhibit 103A.  What is that

15  showing?

16  **A.**   It's a track-and-confirm shipment document.

17  **Q.**   Does that relate to the order we just spoke about?

18  **A.**   Yes.

19  **Q.**   And starting at the bottom what does it say on the

20  bottom line there?

21  **A.**   Um, "acceptance December 28, 2011, Great Britain."

22  **Q.**   What does the top line say?

23  **A.**   "Out for delivery December 3rd, 2011, Palm Harbor.

24  **Q.**   The packet that you have in front of you, was that

25  provided to Dr. Norbergs?

**A.**    Yes.

**Q.**    Looking at Exhibit 6C, just as a remainder, what is the date on the bottom of the document?

**A.**    March 21, 2012.

**Q.**    And Exhibit 4A, what's the date at the top of this document?

**A.**    April 5th, 2012.

**Q.**    I just put on the screen Exhibit 105A.  What's the -- what's the date on this document?

**A.**    May 17, 2012.

**Q.**    And Exhibit 105A is that another packet of an order?

**A.**    Yes.

**Q.**    And which distributor is this order from?

**A.**    From Quantum Solutions SRI at Cancer Drugs Online.

**Q.**    On page 2, what does it identify as the marketing partner?

**A.**    "Cancer Drugs Online, contact Kelly."

**Q.**    And this order was this placed before or after the document Exhibit 4A that we just displayed on the screen?

**A.**    After.

**Q.**    And was this order placed before or after the article at Exhibit 6C that we just displayed on the screen?

**A.**    After.

**Q.**    What product was being ordered here?

**A.**    Zometa.

1    **Q.**   And what is the price per unit for this drug?

2    **A.**   $369.

3    **Q.**   And what is the total price then for ten units?

4    **A.**   3,690.

5    **Q.**   Displayed on the screen is Government Exhibit 105B.

6    What is the title of this document?

7    **A.**   "Hot sheet."

8    **Q.**   And is there a date on it?

9    **A.**   Yes.  "Prices for April 2, 2012 through April 5th

10   (sic)."

11          MADAM CLERK:  Ariana says 105B is not yet admitted

12   into evidence.

13          MR. SALTZMAN:  Can I go upwards, your Honor

14   (Counsel walks towards bench)?

15          THE COURT:  All right.  Is it marked as admitted?

16          MR. SALTZMAN:  It is not marked as admitted.  It

17   was up with Ms. Krouse yesterday.

18          MADAM CLERK:  I do not have 105B, I have 105A.

19          THE COURT:  Just offer it now.

20          MR. SALTZMAN:  Thank you, your Honor.  Permission

21   to approach?

22          THE COURT:  Yes.  See if counsel stipulates.

23          MR. TRAGOS:  We object based on the relevance and

24   not related to the charge in the indictment.

25          THE COURT:  This was found in the doctor's office?

1          MR. SALTZMAN:  Yes, sir.

2          THE COURT:  As a part of the search?

3          MR. SALTZMAN:  Yes, sir.

4          THE COURT:  The objection is overruled.  It will be

5     admitted.

6     (Government's Exhibit 105B

7     admitted into evidence.)

8     BY MR. SALTZMAN:

9     **Q.**   Not sure where we left off.  What's the date on this

10    document?

11    **A.**   April 2, 2012 through April 15, 2012.

12    **Q.**   And what is the -- what's written on the right side of

13    the document?

14    **A.**   Cardinal Health.

15    **Q.**   What is Cardinal Health?

16    **A.**   A drug distributor.

17    **Q.**   And where is Cardinal Health located?

18    **A.**   Um, in the United States.

19    **Q.**   And what does this document provide from Cardinal

20    Health?

21    **A.**   Um, what they kind of have discounted during that time

22    period, drugs that they have discounted during that time

23    period.

24    **Q.**   Do you see a reference to Zometa?

25    **A.**   Yes.

**Q.**   And what is the dosage for the Zometa that's listed there?

**A.**   5 milliliters, for 4 mg's to 5 milliliters.

**Q.**   And what is the price -- the discounted price for Zometa?

**A.**   $880.

**Q.**   And how does that price compare to the price we just looked at from Cancer Drugs Online?

**A.**   High.

**Q.**   Whose price was cheaper?

**A.**   Um -- um Quantum.

**Q.**   Quantum?

**A.**   Quantum Solutions, Cancer Drugs Online.

**Q.**   What does that come out to?

**A.**   I think it's about $500.  No.  Yeah, $500 more.

**Q.**   Without telling me anything that anyone said as part of your job responsibilities, did you talk to patients?

**A.**   Yes.

**Q.**   When would that happen?

**A.**   Um, all day long.

**Q.**   And what -- again, not specifics, what topics would you cover when you talked to patients?

**A.**   Um, billing, um, a lot of times drug programs for prescription drugs that were too high I could get them into some type of drug programs, and everything under the sun,

1  who's your kids, happy birthday.

2  **Q.**   What, if anything, did you tell them about the sourcing

3  of the drugs?

4  **A.**   Nothing.

5  **Q.**   What, if anything, did you tell them about the pricing

6  of drugs that East Lake Oncology paid?

7  **A.**   I did not.

8  **Q.**   Looking at Government Exhibit 5, um, what is the date on

9  this document?

10 **A.**   April 18, 2012.

11 **Q.**   I just put Government Exhibit 5 on the left side and on

12 the right side I'm going to display Government Exhibit 105A.

13 Which happened first, the email in Government Exhibit 5, or

14 the order in Government Exhibit 105A?

15 **A.**   The email.

16 **Q.**   Was the order placed after Government Exhibit 5?  Was

17 the packet at Exhibit 105A provided to Dr. Norbergs?

18 **A.**   Yes.

19 **Q.**   Just displayed on the right Government Exhibit 106.

20 Actually, let me go back to 105A for a moment.  I don't

21 recall did you testify -- what is the date on that?

22 **A.**   May 17, 2012.

23 **Q.**   And what is the product that's listed there?

24 **A.**   Zometa.

25 **Q.**   What does it say at the bottom, in all caps, below

1    Zometa?

2    **A.**   Um, "Zometa vials 4 milligrams, 5 milliliters Zoledronic

3    Acid, Turkey."

4    **Q.**   Now, I displayed Government Exhibit 106, which

5    distributor does this document relate to?

6    **A.**   Cancer Drugs Online.

7    **Q.**   And what's the date of the order that's shown?

8    **A.**   Um, June 14, 2012.

9    **Q.**   And what was ordered in this packet?

10   **A.**   Um, Zometa.

11   **Q.**   And what is in all caps below the word "Zometa?"

12   **A.**   "Turkey, 90."

13   **Q.**   Now, was this order placed after the day of the email in

14   Exhibit 5?

15   **A.**   Yes.

16   **Q.**   I've displayed on the screen Government's Exhibit 160.

17   Can you describe what this document is?

18   **A.**   Email.

19   **Q.**   And who's the email from and to?

20   **A.**   Um, to -- it's from Jerry@gplarys sent on January 8,

21   2008, -- excuse me, January 8th, of 2013.  It's to

22   elopa@msn.com, which is a company email.

23   **Q.**   Is that the company email we discussed yesterday?

24   **A.**   Yes.

25   **Q.**   Who's Jerry@, what is it, "gplarys?"

1   **A.**    A drug distributor.

2   **Q.**    Where is that distributor located, if you know?

3   **A.**    No --

4   **Q.**    What is the answer?

5   **A.**    I don't know.

6   **Q.**    You don't know?

7   **A.**    I don't.

8   **Q.**    Can you read the first two lines of the email?

9   **A.**    "As per our conversation earlier on the phone, I have

10  attached our order sheet with pricing to this email for you

11  to review and keep as a record.  If you were getting -- if

12  you were getting any sort of deal with Cancer Drugs Online,

13  we would be able to honor that drug for you.  If you have any

14  questions or concerns, please feel free to contact me any

15  time at the toll free number below or via email."

16  **Q.**    Do you know if in January of 2013, East Lake Oncology

17  was still ordering from Cancer Drugs Online?

18  **A.**    I don't know for sure.

19  **Q.**    Going to page 2 of the document, what does this show?

20  **A.**    This is a price -- an order form and price sheet from

21  G.P. Larys.

22  **Q.**    Do you know if you ordered from G.P. Larys?

23  **A.**    No, we did not.

24  **Q.**    And what drug is listed there?

25  **A.**    MabThera.

1    **Q.**   On the second line?

2    **A.**   Second line, MabThera, 100 milligrams, Ristova.

3    **Q.**   Do you know if you provided this document to

4    Dr. Norbergs?

5    **A.**   Yes.

6    **Q.**   And did you?

7    **A.**   Yes.

8    **Q.**   We looked at this earlier this morning.  Do you recall

9    Exhibit 15A?

10   **A.**   Yes.

11   **Q.**   And what was the name of the supplier at issue in this

12   exhibit?

13   **A.**   Rx-Stores-R-Us.

14   **Q.**   And in exhibit -- Exhibit 15 on page 2, what is the --

15   distributor or distributors that are referenced at the top?

16   **A.**   Rx-Stores-R-Us.

17   **Q.**   Did foreign distributors change names on occasion?

18   **A.**   Yes.

19   **Q.**   Did that happen to -- did foreign distributors ever shut

20   down operations?

21   **A.**   Yes.

22   **Q.**   What, if any, instructions did you receive from

23   Dr. Norbergs after a distributor shut down?

24   **A.**   That we can't order from them anymore.

25   **Q.**   And do you recall how many foreign distributors shut

1   down once you learned how to order drugs?

2   **A.**    Um, I can only think of, um, the two -- three -- well,

3   three -- the third one, which was shut down.  I don't think

4   it became anything else.

5   **Q.**    Can you tell us which distributor?

6   **A.**    Warwick.

7   **Q.**    What are the other ones?

8   **A.**    Then, um, it was Global, Rx-R-US, same company, changed

9   names, and then, the Quantum Solutions is the G.P. Larys.

10  **Q.**    Is Quantum Solutions the same people as G.P. Larys?

11  **A.**    I think so.  I'm pretty sure because that's why Larys

12  contacted me.

13  **Q.**    Can you look at Exhibit 104 in front of you, the packet

14  that's in front of you?

15  **A.**    Okay.  I don't have 104.  I have 1, 2, 3, 5, 6.

16  **Q.**    I've displayed on the screen Government Exhibit 103A,

17  focusing on the top.  If you could look on your screen.  You

18  said Quantum Solutions SRL was an entity that shut down?

19  **A.**    Yes.

20  **Q.**    Quantum Solutions SRL what's the difference between that

21  and Cancer Drugs Online?

22  **A.**    When it came out, it just had Quantum Solutions SRL, and

23  then, Cancer Drugs Online.  So I thought it was -- I think

24  that it was the same company, just --

25  **Q.**    And after that company shut down, what, if any

1    instructions did you receive from Dr. Norbergs before buying

2    from the foreign distributors?

3    **A.**   That we couldn't order Zometa from here anymore, from

4    Quantum Solutions anymore.

5    **Q.**   I've displayed on the screen Government Exhibit 330A.

6    Do you know what this document is?

7    **A.**   Yes, it's a fee ticket, super bill.

8    **Q.**   And I'd like to talk about some patients now.  What

9    patient does this fee ticket correspond to?

10   **A.**   Margaret Schafer.

11   **Q.**   And what is the -- who's the provider noted on here?

12   **A.**   Dr. Norbergs and Schafer.

13   **Q.**   What is the date noted on here?

14   **A.**   September 26, 2011.

15   **Q.**   And on the bottom of the document, and the part I'm

16   zooming in on Exhibit 330A, do you know what this is?

17   **A.**   Chemo orders -- well, yeah, it's just orders from the

18   physician.

19   **Q.**   Do you know whose handwriting that is?

20   **A.**   Dr. Norbergs.

21   **Q.**   Do you see the words "Rituxan 600 milligrams?"

22   **A.**   Yes.

23   **Q.**   What does that mean?

24   **A.**   That, um, she needs 600 milligrams of Rituxan that day.

25   **Q.**   Do you see where it's typed, "Doctor's signature," on

1    the bottom?

2    **A.**    Yes.

3    **Q.**    Whose handwriting is next to that?

4    **A.**    Dr. Norbergs.

5    **Q.**    And what is that?

6    **A.**    Her initials.

7    **Q.**    Prior to September 26th, of 2011, do you know when the

8    last time East Lake Oncology had ordered Rituxan?

9    **A.**    I don't recall.

10           MR. SALTZMAN:  Your Honor, at this time, I move for

11   the admission of Government Exhibits 31 through 35, which

12   were noticed at docket entry 69.

13           MR. TRAGOS:  We renew our objection, your Honor,

14   for records from the manufacturers other than manufacturers

15   that are listed in the indictment.

16           THE COURT:  Overruled.

17           MR. SALTZMAN:  Your Honor, per --

18           MR. TRAGOS:  Just for the record, relevance.

19           MR. SALTZMAN:  Per our discussion with Defense

20   counsel they asked me to identify what these documents are.

21           Exhibit 31 is invoice history for East Lake

22   Oncology with Cardinal Health.

23           Exhibit 32 is invoice history for East Lake

24   Oncology from Curescript.

25           Exhibit 33 is invoice history with East Lake

```
 1    Oncology for distributor McKesson.
 2              Exhibit 34 is the invoice history for East Lake
 3    Oncology with the distributor Metro.
 4              Exhibit 35 is the invoice history for the
 5    distributor Oncology Supply.
 6              THE COURT:  They will be admitted.
 7    (Government's Exhibit Nos. 31, 32, 33, 34, 35
 8    admitted into evidence.)
 9              MR. SALTZMAN:  Thank you, your Honor.
10    BY MR. SALTZMAN:
11    Q.   Is there anything that would help refresh your memory as
12    to the last time East Lake Oncology had --
13              MR. TRAGOS:  Objection, your Honor.  She did not
14    state she needed her memory refreshed.  She said she did not
15    know the answer.
16    BY MR. SALTZMAN:
17    Q.   Is there anything that would refresh your memory?
18              MR. TRAGOS:  Objection.
19              THE COURT:  Overruled.
20              THE WITNESS:  Yes.
21    BY MR. SALTZMAN:
22    Q.   Is there anything that would refresh your memory the
23    date East Lake Oncology last ordered Rituxan prior to
24    September 26, 2011?
25    A.   Yes.
```

1   **Q.**   What would help refresh your memory?

2   **A.**   A spreadsheet that shows the gap in between, um, the US

3 distributors and QSP.

4           MR. SALTZMAN:  Your Honor, permission to approach?

5           THE COURT:  You may.

6 BY MR. SALTZMAN:

7   **Q.**   I just handed you Exhibits 171, as well as 31 through

8 35.  Is Exhibit 171 what you just described?

9   **A.**   Yes.

10   **Q.**   Did you review the information in Exhibit 171?

11   **A.**   Yes, I did.

12   **Q.**   When you reviewed that information, what did you look

13 at?

14   **A.**   The MabThera and Rituxan orders.

15   **Q.**   And for the Rituxan orders what did you look at to

16 refresh your memory as to when East Lake Oncology ordered

17 Rituxan?

18   **A.**   Um, the manufacture disks.

19   **Q.**   And the disks that you are talking about are Exhibits 31

20 through 35?

21   **A.**   Yes, it is.

22   **Q.**   Are your -- how do you know those are the disks that you

23 reviewed?

24   **A.**   I reviewed all the disks and compared it to the report,

25 um, and everything matched up.

1   **Q.**   Did you review everything in Exhibit 171?

2   **A.**   Um, yes.

3   **Q.**   And does looking at that report or Exhibit 171 refresh

4   your memory as to when East Lake Oncology ordered for

5   September 26, 2011?  Let me ask that last part again.

6   Looking at Exhibit 171, does that refresh your memory as to

7   the last time East Lake Oncology bought Rituxan prior to

8   September 26, 2011?

9   **A.**   Yeah, September 20, 2011.

10  **Q.**   When was the last time before that -- what did East Lake

11  Oncology buy September 20, 2011?

12  **A.**   MabThera.

13  **Q.**   And when was the last time before September 20, 2011,

14  that -- and September 26, 2011, that East Lake Oncology

15  bought Rituxan as opposed to MabThera?

16  **A.**   March 3rd, of 2011.

17          MR. TRAGOS:  I'm going to object.  She's strictly

18  relying on the exhibit.  The question was by refreshing her

19  recollection.  We would object to her just reading the

20  exhibit.  If that's what she's doing, I think it should be

21  clear rather than from her own memory.

22          THE COURT:  That's the longest legal objection I've

23  ever heard.

24          MR. TRAGOS:  I'm sure you heard longer, Judge.

25          THE COURT:  I've heard arguments longer.

1    Sustained.

2    BY MR. SALTZMAN:

3    **Q.**    Please review the exhibit, if it would refresh your

4    memory as to when before September 26, 2011, the last time

5    East Lake Oncology bought Rituxan as opposed to MabThera

6    prior to September 26, 2011?

7    **A.**    Approximately March of 2011.

8    **Q.**    How much time in between when the last order of Rituxan

9    as opposed to MabThera was placed and when -- and the

10   document in Exhibit 330A?

11              MR. TRAGOS:  Objection, leading.  Can we have a

12   sidebar, your Honor.

13              THE COURT:  I'll sustain on leading.

14              MR. TRAGOS:  Okay.

15              THE COURT:  She hadn't yet said her memory is

16   refreshed, and she has to testify from her refreshed memory.

17   BY MR. SALTZMAN:

18   **Q.**    Okay.  Is your memory refreshed after reviewing that

19   document?

20   **A.**    Yes.

21   **Q.**    What is the last time, without looking at the document,

22   East Lake Oncology bought Rituxan prior to September 26,

23   2011?

24   **A.**    Approximately March 2011.

25   **Q.**    And how much time had elapsed between March 2011, and

1   the date that is shown in Exhibit 330A?

2   **A.**   About, um, six months.

3   **Q.**   Publish Exhibit 101A, page 2.  What is the date on this

4   document?

5   **A.**   September 20th, 2011.

6   **Q.**   And who is the distributor listed there?

7   **A.**   QSP.

8   **Q.**   And going to page 2, what are the products that are

9   listed on the screen?

10   **A.**   MabThera, known as Rituxan in the US, 100 milligrams and

11   500 milligrams.

12   **Q.**   Looking at Exhibit 101A1, page 2, what is the date on

13   this document?

14   **A.**   September 8th, of 2011.

15   **Q.**   And what distributor is it related to?

16   **A.**   QSP.

17   **Q.**   And what products are listed in this invoice?

18   **A.**   MabThera 500 milligrams and MabThera 100 milligrams.

19   **Q.**   How long did East Lake Oncology keep a drug like

20   MabThera, known as Rituxan in the United States, in the

21   office?

22   **A.**   Less than a week.

23   **Q.**   And after a week, what happened to the drug?

24   **A.**   Um, it's been given to a patient.

25   **Q.**   And is that the same or different for a drug like

1    Rituxan?

2    **A.**    Same.

3    **Q.**    Looking, again, at 330a, this is the date of

4    September 26, 2011?

5    **A.**    Hmm-hmm.

6              THE COURT:  Yes?

7              THE WITNESS:  Yes.

8    BY MR. SALTZMAN:

9    **Q.**    On September 26, 2011, when Rituxan is written here, do

10   you believe that Rituxan was given to a patient?

11             MR. TRAGOS:  Objection, speculation.

12             THE COURT:  Overruled.

13   BY MR. SALTZMAN:

14   **Q.**    On September 26, 2011, do you believe that Rituxan was

15   given to this patient?

16   **A.**    No.

17   **Q.**    Why not?

18   **A.**    Because it would have been MabThera.

19   **Q.**    In Exhibit 332D, what patient does this document relate

20   to?

21   **A.**    Crystal Kings.

22   **Q.**    And how would you describe this document?

23   **A.**    It's a super bill fee ticket.

24   **Q.**    Is it similar to what we looked at in Exhibit --

25   **A.**    Yes.

**Q.**   -- 332A (sic)?

**A.**   Yes.

**Q.**   330A, I apologize.  What is the date on this document?

**A.**   September 30, 2011.

**Q.**   What is written on the bottom of the document?

**A.**   "Rituxan 1000 milligrams, IV X2, every 15 days."

**Q.**   Whose handwriting is that?

**A.**   Dr. Norbergs.

**Q.**   Whose signature is next to where it says, "Doctor's signature?"

**A.**   Dr. Norbergs initials.

**Q.**   Do you know what a -- going back to the top of the document, do you know what a super bill is?

**A.**   Yes.

**Q.**   What is that?

**A.**   It's, um, basically how we write up the orders for the patients so there is the lab orders.  Also, it's how we bill off of the super bills.

**Q.**   And prior to September 30, 2011, do you know how East Lake Oncology ordered Rituxan as opposed to MabThera?

THE COURT:  Asked and answered.

BY MR. SALTZMAN:

**Q.**   Do you believe -- do you believe that Rituxan was given to this patient on September 30, 2011?

**A.**   No.

```
1              MR. TRAGOS:  Objection, your Honor, is it what she
2    believes today or at the time?
3              THE COURT:  Overruled.
4    BY MR. SALTZMAN:
5    Q.   And why do you say that?
6    A.   Because we were getting MabThera at the time.
7    Q.   The patient we're talking about just now which patient
8    was that again?
9    A.   Crystal King.
10   Q.   And looking at Exhibit 332A, are you familiar with this
11   document?
12   A.   Yes.
13   Q.   Do you know which patient this document related to?
14   A.   Um, Crystal King.
15   Q.   And what is -- whose handwriting is on the bottom of
16   this document?
17   A.   Mine.
18   Q.   And what are you writing here?
19   A.   Um, that she has a balance due, um, she made $100
20   payments times three, so $300, and the days that she was --
21   she received it was -- received her MabThera was on 10-3,
22   2011, 10-7, 2011 and 10-17, 2011, and the total that she owes
23   is $1,012.15.
24   Q.   Whose handwriting is displayed now on the screen?
25   A.   Dr. Norbergs.
```

1   **Q.**   And what did she write?

2   **A.**   Um, "Can you call Sally?"

3   **Q.**   Can you start from the top of the document?

4   **A.**   Oh.  "Cannot see patient.  Kelly, can you call Sally,

5   explain."

6   **Q.**   Let me stop you for one second.  Who's Sally?

7   **A.**   Sally Marlow, a nurse practitioner.

8   **Q.**   Please continue.

9   **A.**   "Who referred the patient to us?  Explain that the

10   patient owes us $1,000 for Rituxan and has not made an effort

11   to pay it.  Pay -- I think the word is -- no."

12   **Q.**   Looking at the screen Exhibit 333C, what is this

13   document?

14   **A.**   Um, progress note.

15   **Q.**   And what name is written on the bottom of this document?

16   **A.**   Um, Arthur Berman.

17   **Q.**   Who's Arthur Berman?

18   **A.**   Um, one of our patients.

19   **Q.**   And whose handwriting is -- whose handwriting was Arthur

20   Berman's name in?

21   **A.**   Dr. Norbergs.

22   **Q.**   Whose handwriting is this on the screen?

23   **A.**   Dr. Norbergs.

24   **Q.**   And what is the date on the document?

25   **A.**   December 7th, of 2011.

1   Q.   And can you read what the first two lines say?

2   A.   "Spoke with patient's son, Dr. Berman.  Some kind of

3   surgeon.  Discussed treatment with Rituxan/Treanda every

4   month."

5   Q.   Can you explain what exhibit -- are you familiar with

6   Exhibit 333A that's on the screen right now?

7   A.   Yes.

8   Q.   Can you explain what this exhibit is?

9   A.   Um, this is a chemotherapy chart for their records when

10  they come in to get chemotherapy.  It's what the nurses chart

11  their treatment, vials and stuff on.

12  Q.   And looking in the middle of the document, what does

13  this show in the first two lines?

14  A.   Um, "Rituxan 700 milligrams and Treanda 150 milligrams."

15  Q.   What does that information being written there mean?

16  A.   Um, this is the order for his treatment.

17  Q.   And which --

18         MR. TRAGOS:  What was that last document?

19         MR. SALTZMAN:  We're in 333A.

20  BY MR. SALTZMAN:

21  Q.   And which patient does this relate to?

22  A.   Arthur Berman.

23  Q.   And what is the date on the document?

24  A.   12-13, 2011.

25  Q.   Do you know when the last time East Lake Oncology had

1    ordered Rituxan prior to December 13, 2011?

2    **A.**    March -- around March 2011.

3    **Q.**    Publishing Government's Exhibit 102, what is the date on

4    this document?

5    **A.**    Um, December 6th, of 2011.

6    **Q.**    And what is the entry that I've blown up on the screen

7    underneath "suborder?"

8    **A.**    Um, "MabThera, known as Rituxan in the United States.

9    European Union."

10   **Q.**    And Exhibit 102A, on page 2, what is the date on this

11   document?

12   **A.**    December 2, 2011.

13   **Q.**    And for this exhibit and last exhibit, which distributor

14   does this relate to?

15   **A.**    QSP.

16   **Q.**    What is shown as being ordered in the third row?

17   **A.**    "MabThera, known as Rituxan in the US."

18   **Q.**    Going back to Exhibit 333A, on December 11th, of 2011,

19   do you believe that Rituxan was given to this patient?

20   **A.**    No.

21   **Q.**    And why not?

22   **A.**    Because we didn't order Rituxan.  We got MabThera.

23            MR. TRAGOS:  Objection, your Honor, the -- her

24   conclusion.  We object to the conclusion of MabThera versus

25   Rituxan to her timing when she knew that.

1          THE COURT:  Overruled.

2                                                    *

3    BY MR. SALTZMAN:

4    **Q.**    In Exhibit 333C, when Dr. Norbergs wrote this note, when

5    was the last time that Rituxan was in the office?

6    **A.**    Around March of 2011.

7          MR. SALTZMAN:  Your Honor, may I have a moment?

8          THE COURT:  Yes.

9    BY MR. SALTZMAN:

10   **Q.**    Did you say March of 2001 or 2011?

11   **A.**    2011.  I'm sorry.

12         MR. SALTZMAN:  No further questions, your Honor.

13         THE COURT:  Cross.

14                        **CROSS-EXAMINATION**

15   **BY MR. TRAGOS:**

16   **Q.**    Good afternoon or -- morning, Ms. Krouse.  You worked

17   for Dr. Norbergs for 18 years, is that correct?

18   **A.**    Yes.

19   **Q.**    Okay.  Could you tell us, I guess, start in '09, how the

20   office operated, just step-by-step what happens?  The patient

21   comes in, they go to, what, the front desk?

22   **A.**    Yeah.  They check in.  They are checked in on the

23   computer.  Then, um, when they are called back, they usually

24   go to the lab, and then depending on what they are there for,

25   if they are there for a doctor's appointment, they will get

1  their labs drawn, and then they are put into a patient room

2  until the Doctor -- they get their vitals done.

3  **Q.**  And the chemotherapy is administered there in the

4  office, correct?

5  **A.**  Yes.

6  **Q.**  All right.  So a patient is taken back.  Do you have

7  specialty rooms for the chemotherapy?

8  **A.**  Yes.  So usually they get the labs done first, and

9  that's a different room, and then they go back to the chemo

10  room, which is the back of our office.

11  **Q.**  Hmm-hmm.  Let me show you Exhibit 500.  Okay.  Do you

12  see this, ma'am?

13  **A.**  Yes.

14  **Q.**  Have you seen this diagram before?

15  **A.**  Not that I recall.

16  **Q.**  Now, the chemo -- first of all, how many exam rooms did

17  the practice have?

18  **A.**  Um --

19  **Q.**  Including the chemo rooms.

20  **A.**  As an exam room you want just like -- well, there was

21  two exam rooms, a lab, chemo, billing, um, medical records

22  and the front office, my office and Dr. Norbergs' office.

23  **Q.**  Okay.  If you could -- all right.  Is this the front

24  door of the office here where you come in or where is that

25  (indicating)?

1    **A.**    Yeah.

2    **Q.**    That's it there (indicating)?

3    **A.**    It could be.  Well, I don't know what's in the middle

4    here (indicating).

5    **Q.**    What this right here (indicating)?

6    **A.**    Yeah.

7    **Q.**    You have no idea what that is?

8    **A.**    No.

9    **Q.**    So this chart really isn't an accurate reflection of the

10   office?

11   **A.**    Yeah.  No, it's not.

12   **Q.**    It's not?  Okay.  Well, then we'll put it away.  All

13   right.  Now, you walk in, you see the receptionist, and then

14   if you're going to get a chemo treatment, you go into a room

15   for the chemo treatment, correct?

16   **A.**    Yeah.

17   **Q.**    Who takes you back to that room?

18   **A.**    Either the nurse -- nurses that are putting patients in

19   the rooms, or the lab person or the chemo nurse.

20   **Q.**    And when a person goes into that room, who's the medical

21   professional that's treating that person in the chemo room?

22   **A.**    Um, the chemotherapy nurses.

23   **Q.**    I'm sorry, what?

24   **A.**    Chemotherapy nurse.

25   **Q.**    So there are specific nurses that do chemotherapy?

**A.**   Correct.

**Q.**   And that's a specialized kind of nurse, right?

**A.**   Yes.

**Q.**   Okay.  Are you a chemo nurse?

**A.**   No.

**Q.**   And these chemo nurses they -- somebody has to tell them what chemotherapy that patient is supposed to get, right?

**A.**   Yes.

**Q.**   And in that office who was that person that would tell them?

**A.**   Dr. Norbergs.

**Q.**   Okay.  And the nurse would then get the appropriate chemotherapy, correct?

**A.**   Uh-huh.

**Q.**   Is that a yes?

**A.**   Yes.  I'm sorry.

**Q.**   The appropriate chemotherapy and that they would then -- where would they get the chemotherapy?

**A.**   In the chemo room, which is the back of the office.

**Q.**   Okay.  The chemotherapy drugs are kept in a special room?

**A.**   Right, in the chemo room.

**Q.**   Okay.  And the chemo room there's a refrigerated section or refrigerator in there?

**A.**   Yes.

1   **Q.**   Is that refrigerator secure, locked somehow?

2   **A.**   Yes.

3   **Q.**   Is the chemo room locked?

4   **A.**   No.

5   **Q.**   Is there a combination lock or key lock on the

6   refrigerator?

7   **A.**   Combination lock.

8   **Q.**   Did you determine what the combination was on the

9   combination lock?

10  **A.**   No.

11  **Q.**   You never did?

12  **A.**   I did once, yeah.

13  **Q.**   And what did you make the combination?

14  **A.**   Um, I think it was 1-2-0, yeah.

15  **Q.**   Were there times when Dr. Norbergs had to come and get

16  you in order to let her have access to the refrigerated

17  material because she did not know the combination?

18  **A.**   Yeah.  Yes.

19  **Q.**   Okay.  All right.  So the -- God bless you.

20          THE JUROR:  Thank you.

21  BY MR. TRAGOS:

22  **Q.**   So the nurse would go back there, get the appropriate

23  drugs, go, then to the room where the patient was and

24  administer the drugs, correct?

25  **A.**   Yes.

1  **Q.**   All right.  Now, when you talked about bills and how

2  billing would occur for the patient, did the chemo nurse have

3  to do anything in order for the bill to be created?

4  **A.**   Yes.

5  **Q.**   What would the chemo nurse have to do?

6  **A.**   Mark that super bill fee ticket that we saw earlier.

7  **Q.**   Okay.

8  **A.**   And fill out a chemotherapy, um, day form.

9  **Q.**   Let's take a look at what's in evidence as 339 -- it's

10  339A.  Do you see this, ma'am?

11  **A.**   Yes.

12  **Q.**   Now, is this the form the chemo nurse would fill out?

13  **A.**   Yes, one of them.  They changed over time.

14  **Q.**   And this is a form that was used 3-6, 2012, correct?

15  **A.**   Yes.

16  **Q.**   And the chemo nurse -- by the way, do you recognize this

17  handwriting?

18  **A.**   Yes.

19  **Q.**   Whose handwriting is this?

20  **A.**   Dr. Norbergs.

21  **Q.**   It is?

22  **A.**   Yes.

23  **Q.**   It's not Ms. Wards?

24  **A.**   Not for -- I know the "Rituxan" -- um, I guess.  I'm not

25  sure.  It could be Peggy's.

```
 1    Q.   It could be Peggy Wards?

 2    A.   Yes.

 3    Q.   You're not really sure?

 4    A.   Right.

 5    Q.   Now, but this is something that the chemo nurse would

 6    normally fill out, right?

 7    A.   Right.

 8    Q.   And Peggy Ward was a chemo nurse?

 9    A.   Yes.

10    Q.   All right.  Now, on this one we have that -- on this

11    date Ms. Ward gave Rituxan to this patient, correct?

12    A.   Hmm-hmm.  Yes.

13    Q.   And the Rituxan wasn't available on March 5th, 2012.  So

14    she had to reschedule, I guess, and give it to her on this

15    day.  Am I interpreting this correctly?  See the very top

16    there, "Complications, Rituxan given today, is not available

17    on 3-5-12?"

18    A.   Yeah.  Yes.

19    Q.   Okay.  And then -- then she wrote in here, "Drugs," and

20    this is -- I guess this is for the billing department, I

21    guess, to know what was provided, right?

22    A.   Yes.  They check it against the super bill.

23    Q.   They check it against the super bill, and Ms. Ward wrote

24    that she gave Rituxan, correct?

25    A.   Yep.  Yes.
```

1    **Q.**    Okay.  So once Ms. Ward did that, then a super bill was

2    eventually created, correct?

3    **A.**    Yes.

4    **Q.**    Now, let me ask you to take a look at 339, another page

5    of that same exhibit.  Do you recognize that as a super bill?

6    **A.**    Yes.

7    **Q.**    Okay.  And down in this box here (indicating), whose

8    handwriting is that?

9    **A.**    Dr. Norbergs.

10   **Q.**    Okay.  And the super bill is created after the chemo

11   nurse fills out that form we just looked at, right?

12   **A.**    Part of it, yes.

13   **Q.**    Well, this part right here, in the box?

14   **A.**    Yes.

15   **Q.**    All right.  So the nurse fills out what drugs she gave

16   and then Dr. Norbergs fills out this bottom part here, and

17   then the bill is created from that?

18   **A.**    Hmm-hmm, yes.

19   **Q.**    Okay.  Now, the prosecutor asked you if the patient on

20   this date got -- received Rituxan, and you said, "No, the

21   patient got MabThera," right?

22   **A.**    Yes.

23   **Q.**    Now, when you were doing this, and you were working, and

24   during this time period, didn't you believe that Rituxan and

25   MabThera were the same thing?

1    **A.**    Yes.

2    **Q.**    So when did your opinion change?

3           THE COURT:  What's the date of this?

4           MR. SALTZMAN:  Objection, your Honor.

5           MR. TRAGOS:  3-12 --

6           MR. SALTZMAN:  Objection, not testified to.

7           THE COURT:  The objection is sustained on the

8    grounds that the question included facts in evidence.

9    BY MR. TRAGOS:

10   **Q.**    Do you remember telling the Prosecutor that when they

11   showed you some documents that said "Rituxan," that you said,

12   "No, the patient didn't get Rituxan.  They got MabThera?"

13   **A.**    Yes.

14          THE COURT:  That is -- was in September and

15   December.

16   BY MR. TRAGOS:

17   **Q.**    Okay.  September and December.  Is it any different for

18   this document in March?

19   **A.**    Um --

20          MR. SALTZMAN:  Objection, your Honor.

21          THE COURT:  Overruled.

22          THE WITNESS:  Yes.

23   BY MR. TRAGOS:

24   **Q.**    It is different?

25   **A.**    Yes.

1  **Q.**   So the patient did get Rituxan, then, in March 2012?

2  **A.**   Yes.

3  **Q.**   How do you know the difference?

4  **A.**   Because, um -- well, actually, it would be no.

5  March 6th, of 2012 --

6  **Q.**   Right.

7  **A.**   -- was when we, um, stopped ordering Rituxan from QSP.

8  So this is dated 3-5.

9  **Q.**   20 what?

10 **A.**   12.

11 **Q.**   3-5.  So you stopped in 3-6, you said, right?

12 **A.**   Right.

13 **Q.**   So is this Rituxan or MabThera?

14 **A.**   MabThera.

15 **Q.**   Okay.  Now, when you did this in March, you thought

16 Rituxan was MabThera, correct?

17 **A.**   Yes.

18 **Q.**   Today when the Prosecutor asked you did they get

19 Rituxan, you said, "No, they got MabThera?"

20 **A.**   Yes.

21 **Q.**   What changed your mind?

22 **A.**   I found out that it was, um -- that we were getting

23 MabThera, and that MabThera was the foreign name, not the US

24 name.

25 **Q.**   Who told you that?

**A.**   Um, I guess -- yes.

**Q.**   Somebody over here at this table told you that, right?

**A.**   Yes.

**Q.**   Before they told you, you didn't know that, did you?

**A.**   No.  At the end -- towards the end we knew MabThera was not Rituxan.

**Q.**   Well, what's the difference between MabThera and Rituxan, do you know?

**A.**   No.

**Q.**   So who told you it was different?

**A.**   Yes.

**Q.**   Somebody from this table?

**A.**   Yes.

**Q.**   Who at this table told you MabThera and Rituxan is different?

**A.**   Um, I don't know.

**Q.**   But one of them?

**A.**   Um, well, I knew MabThera was not Rituxan at the -- like, when we were still ordering at the end.

**Q.**   You did?

**A.**   Yes.

**Q.**   Did you ever order anything other than Rituxan?

**A.**   I always ordered Rituxan.

**Q.**   So when the Prosecutor asked you about ordering you never ordered MabThera, did you?

1  **A.**   No, I did not.

2  **Q.**   And Dr. Norbergs never told you to order MabThera, did

3  she?

4  **A.**   No.

5  **Q.**   And whenever you got an order from Dr. Norbergs, it was

6  for Rituxan, wasn't it?

7  **A.**   Yes.

8  **Q.**   And to this day you can't tell me the difference, can

9  you, between MabThera and Rituxan?

10  **A.**   No.

11  **Q.**   Can you?

12  **A.**   No.

13  **Q.**   And the only reason you know it's different is because

14  the Government has told you it's different, right?

15  **A.**   Yes.

16  **Q.**   In fact, you even -- Exhibit 12B, you even created this

17  sheet, didn't you?

18  **A.**   Yes.

19  **Q.**   Which shows that Rituxan and MabThera are equal.  Those

20  are equal signs, right?

21  **A.**   Yes.

22  **Q.**   And that's what you thought?

23  **A.**   Yes.

24  **Q.**   And you created this for the chemo nurses or because

25  they wanted it?

1  **A.**   For myself.

2  **Q.**   "For yourself."  To show that they were equal?

3  **A.**   To show that sometimes when I look up a drug, it may not

4  be available in the brand name and I have to get the generic

5  name.

6         THE COURT:  We're going to break a little late for

7  lunch today.  I'm on a panel discussion for the Bar

8  Association at 1:30.  We'll probably go to about 12:20 or so,

9  and then break for lunch until 2:35.

10  BY MR. TRAGOS:

11  **Q.**   Let me show you Exhibit 22.  Do you see that, ma'am?

12  **A.**   Yes.

13  **Q.**   Is that a different cheat sheet or is that the same one?

14  **A.**   It's a different one.

15  **Q.**   So you created more than one of these?

16  **A.**   Yeah.  Because I started getting, as you saw on the

17  first one, more and more drugs.

18  **Q.**   Okay.  But this one still has "Rituxan equals MabThera,"

19  that didn't change?

20  **A.**   Right.

21  **Q.**   During the 18 years you worked there, there was -- I

22  think you testified before, that someone had embezzled some

23  money from Dr. Norbergs, about $2 million, is that correct?

24  **A.**   Yes.

25  **Q.**   And what was the position of that person that did that?

1   **A.**   Office manager.

2   **Q.**   And over what period of time was that office manager

3   able to do that?

4   **A.**   Um, it was like six to eight years.  I don't remember if

5   it was six or eight, but it was approximately.

6   **Q.**   And, in fact, -- hold on a second.  In fact,

7   Dr. Norbergs, because of this, had to declare bankruptcy,

8   didn't she?

9   **A.**   Yes.

10   **Q.**   And were you working there at the time?

11   **A.**   No.

12   **Q.**   Was that before you got there, or after or was that

13   during your break?

14   **A.**   It was during my break.

15   **Q.**   Was there a reason -- what was the reason for the break?

16   **A.**   Um, the office manager basically said that Dr. Norbergs

17   was going to be going out of business, and um, the drug rep's

18   husband wanted to meet me for the position, and I thought it

19   would be a good idea, but it was not.

20   **Q.**   It was not a good idea?

21   **A.**   It was not a good idea.  So I was gone for three months.

22   **Q.**   And you went back and Dr. Norbergs hired you back?

23   **A.**   Yes.

24   **Q.**   By the way, when did this happen, this bankruptcy and

25   theft?

1    **A.**    Approximately 2007.

2    **Q.**    Now, you see this document (indicating)?

3    **A.**    Yes.

4    **Q.**    Do you see these two letters here?

5    **A.**    Yes.

6    **Q.**    Whose handwriting is that?

7    **A.**    Dr. Norbergs.

8    **Q.**    Does that stand for "unknown?"

9    **A.**    UK.

10   **Q.**    I --

11   **A.**    I think for "United Kingdom."

12   **Q.**    That's what she was writing about the United Kingdom

13   there?

14   **A.**    Uh-huh.

15   **Q.**    And this was written before you had the answers to your

16   questions?

17   **A.**    Um, I don't know.

18   **Q.**    Well, you have three notes here.  What is the order in

19   which you wrote these -- I guess, these are stickies on the

20   file, is that correct?

21   **A.**    Yes.

22   **Q.**    What's the order in which these were created?  After

23   Rituxan was given?

24             MR. SALTZMAN:  Objection, speculation.

25             THE COURT:  Overruled.  Answer, if you know.

1          THE WITNESS:  I do not know for sure.

2                                    *

3    BY MR. TRAGOS:

4    **Q.**   So you don't know which one was the first one or

5    anything like that?

6    **A.**   No.

7    **Q.**   You've got a date here 5-19-09.  Do you see that?

8    **A.**   Hmm-hmm.

9    **Q.**   Who wrote that?

10   **A.**   Myself.

11   **Q.**   And that is when you are able to do the first order?

12   **A.**   Yes.  So I think the big sticky was the first one asking

13   the questions.

14   **Q.**   The "in love" one?

15   **A.**   Yes.

16   **Q.**   "Involve," or what --

17   **A.**   Yes.  "We will be able to order," is the second one.

18   **Q.**   And this is the last one?

19   **A.**   Yeah.

20   **Q.**   Now, the Government showed you this document.  Do you

21   remember that?

22   **A.**   Yes.

23   **Q.**   This is a document that you remember in the office

24   there?

25   **A.**   Yes.

1    **Q.**   Okay.  Do you see at the bottom right-hand corner

2    there --

3    **A.**   Yes.

4    **Q.**   -- where it says, "Florida Department," do you see that?

5    **A.**   Where it is -- again.  Okay.  Yes.

6    **Q.**   Now, this was from the Florida Department of Health.  It

7    wasn't from your office, was it?  You didn't have this

8    document in your office?

9    **A.**   Yes, we did.

10   **Q.**   You did?

11   **A.**   Uh-huh.

12   **Q.**   Now, before May 19th, before your first order, how many

13   days before that had you been contacted by QSP?

14   **A.**   I don't recall.

15   **Q.**   Are we talking a week, a month?

16   **A.**   I would say probably within a week.

17   **Q.**   Okay.  Do you remember what day you filed the

18   application?

19   **A.**   For --

20           MR. SALTZMAN:  Objection, facts not in evidence,

21   your Honor.

22           THE COURT:  I can't hear you.

23           MR. SALTZMAN:  I said objection, facts not in

24   evidence.

25           THE COURT:  Overruled.

BY MR. TRAGOS:

**Q.**   Do you remember what day you filed the application?

**A.**   No.

**Q.**   I will show you what is marked Exhibit 6F.  Do you see the date there December 16th, 2009?

**A.**   Hmm-hmm.

THE COURT:  Is that yes?

THE WITNESS:  Yes.

THE COURT:  When you say "hmm-hmm" or "uh-huh," the court reporter has a hard time putting that down.  If you say "yes or no," there is no fight about it.

THE WITNESS:  Okay.

BY MR. TRAGOS:

**Q.**   Do you remember when you got the price list from QSP?

**A.**   No.

**Q.**   I'll show you what's been marked as 6E.  Do you recognize this?

MR. SALTZMAN:  Objection, your Honor.  Can we approach at sidebar, please?

THE COURT:  Approach the bench.

(Sidebar conference held. )

MR. TRAGOS:  You said we weren't going to have any sidebars.

MR. SALTZMAN:  I know.  All morning we were going so well.  Your Honor, I'd ask that Mr. Tragos, if he's going

1    to use exhibits, he use the exhibits in evidence as opposed

2    to his copies where he has highlighted on them.  He's

3    highlighted specific things.

4            MR. TRAGOS:  I will tell the Jury these are my

5    highlights.

6            THE COURT:  You're objecting to the highlights?

7            MR. SALTZMAN:  Yes.

8            THE COURT:  If you use one that's not highlighted

9    and he puts it on that screen, he can take his finger and do

10   like that and it's highlighted, and then he can ask the

11   witness something about it, and he can push the button and

12   the highlight disappears.

13           MR. TRAGOS:  I'll clarify it as my highlight.

14           THE COURT:  Thank you.

15           (Back before the Jury.)

16   BY MR. TRAGOS:

17   **Q.**   Ms. Krouse, just to clarify, the document I'm showing

18   you has a highlight on it.  That's my highlight.

19   **A.**   Okay.

20   **Q.**   Now, do you recognize this document?

21   **A.**   Yes.

22   **Q.**   And this is something sent to you by QSP?

23   **A.**   Yes.

24   **Q.**   And it says, "Attention:  Kelly," doesn't it?

25   **A.**   Yes.

1   **Q.**   You were the contact person for QSP, correct?

2   **A.**   Correct.

3   **Q.**   And when QSP had to communicate or had any dealings with

4   the office, you were the person they dealt with?

5   **A.**   Uh-huh, yes.

6   **Q.**   That's a yes?

7   **A.**   Yes.

8   **Q.**   Okay.  When they sent this, they specifically told you

9   that this was a safe and reliable medication, didn't they?

10   **A.**   Yes.

11   **Q.**   By the way, that was back in 2009, right?

12   **A.**   Yes, yes.

13   **Q.**   Let me show you Document 11F.  Do you see that document?

14   **A.**   Yes.

15   **Q.**   Do you recognize it?

16   **A.**   Yes.

17   **Q.**   That was the very first order from QSP, isn't it?

18   **A.**   Yes.

19   **Q.**   And what is being ordered there?

20   **A.**   Gemzar/Eloxatin.

21   **Q.**   And there's a note on the right-hand side of this order.

22   Do you see that?

23   **A.**   Uh-huh.

24   **Q.**   And whose handwriting is that?

25   **A.**   Mine.

1  **Q.**   And who are you -- why are you writing this note on this

2  order?

3  **A.**   Um, to let Dr. Norbergs know that the company put

4  through the transaction on the Visa.

5  **Q.**   And did the company contact you to tell you that?

6  **A.**   Yes.

7  **Q.**   And this was the very first order, right?

8  **A.**   Yes.

9  **Q.**   If there were problems with QSP, problems with billing,

10 those types of issues, you dealt with QSP on those issues,

11 didn't you?

12 **A.**   Depending on what they are.  There was -- if it was in

13 regards to payment, as far as that, no.  I had to take that

14 to Dr. Norbergs.

15 **Q.**   How about orders?

16 **A.**   Orders, um, yes, if they were -- they would call me and

17 let me know if something was going to be late, or backordered

18 or something like that.  But I had to take -- I didn't --

19 just took that to Dr. Norbergs to let her know and the chemo

20 nurses, for that matter.

21 **Q.**   But did you all the ordering?

22 **A.**   Yes, towards the end.

23 **Q.**   Even in the beginning you are the one that sent all the

24 orders, weren't you?

25 **A.**   Yeah.  I -- yes.

1  **Q.**   So Dr. Norbergs would tell you, "would you send them to

2  QSP?"

3  **A.**   Yes.

4  **Q.**   Like Dr. Norbergs would say, "Rituxan," you would send

5  Rituxan to QSP as an order?

6  **A.**   Yes.

7  **Q.**   And that was from the very beginning with QSP, correct?

8  **A.**   Yes.

9  **Q.**   You talked about Procrit.  Do you remember that?

10 **A.**   Yes.

11 **Q.**   Now, Procrit was a special case in the office, wasn't

12 it?

13 **A.**   Yes.

14 **Q.**   And why was Procrit a special case in the office,

15 special type of drug?

16 **A.**   Um, well, as far as ordering we -- if you signed --

17 signed up on a program that you were going to buy all your

18 Procrit from a particular drug company, they gave you a

19 discount.

20 **Q.**   So you had a special deal for a discount on Procrit?

21 **A.**   Yes.

22 **Q.**   And were you supposed to order from that company to get

23 that deal?

24 **A.**   Yes.

25 **Q.**   What company was that?

1   **A.**    Um, I want to say, um, McKesson.  McKesson or Metro.  I

2   think it was McKesson.

3   **Q.**    Okay.  Now, the Government showed you Exhibit 160.  I'm

4   going to show you it with my highlights.  Do you remember

5   this?

6   **A.**    Yes.

7   **Q.**    Okay.  And that document is a document from another

8   company, not QSP, correct?

9   **A.**    Correct.

10  **Q.**    What company is this?

11  **A.**    I want to say G.P. Larys.

12  **Q.**    And did you order from them?

13  **A.**    No.

14  **Q.**    So you never ordered any drugs from this company?

15  **A.**    I don't think so.

16  **Q.**    So you don't remember any, do you?

17  **A.**    No, I don't remember it.  I mean, I remember this email,

18  but I never set up anything with it.

19  **Q.**    And did you notice when you were looking through this

20  that this one does not say "MabThera/Rituxan in the US," but

21  instead says, "MabThera/Ristova?"

22  **A.**    Actually, I probably didn't pay much attention to it.

23  **Q.**    Didn't pay much attention to it?

24  **A.**    No, because we didn't use it, the order.

25  **Q.**    Let me ask you to take a look at Exhibit 20A, with my

1  highlights.  Do you see that?

2  **A.**   Yes.

3  **Q.**   And do you see where it says, "Here is the inventory

4  count you requested.  Thanks."  Whose handwriting is that?

5  **A.**   Not sure.

6  **Q.**   So it's not Dr. Norbergs?

7  **A.**   And it's not mine.

8  **Q.**   It's not yours.  Did you do the inventories of the chemo

9  drugs?

10  **A.**   No.

11  **Q.**   Who did that?

12  **A.**   Chemo nurses.

13  **Q.**   Now, also contained in 20A, we have this document, again

14  with my highlights, do you see that, ma'am?

15  **A.**   Yes.

16  **Q.**   Now, you, I believe, recognized this?

17  **A.**   Yes.

18  **Q.**   Did you recognize this?  Whose handwriting is that?

19  **A.**   Chemo nurse.

20  **Q.**   And is this -- can you tell us if this is the inventory

21  that corresponds to the little note that I just showed you?

22  **A.**   Um, I would say that, yeah.  I couldn't say for sure.

23  There is no date.

24  **Q.**   So you don't know if those two correspond?

25  **A.**   Correct.

1  **Q.**   But does this appear to be an inventory to you?

2  **A.**   Yes.

3  **Q.**   Would you get this document during the normal course of

4  what you did as the office manager?

5  **A.**   No.

6  **Q.**   Where would this document go?

7  **A.**   Dr. Norbergs desk.

8  **Q.**   And is there refrigerated and unrefridgerated -- let me

9  show you page 2.  Is there refrigerated and unrefridgerated

10  items on here or do you even know?

11  **A.**   Um, I don't know.

12  **Q.**   There was a line on that first page.  That page.

13  **A.**   Oh, no.

14  **Q.**   Can't tell?

15  **A.**   Nope.

16         THE COURT:  When you reach a convenient stopping

17  place, we'll break for lunch.

18         MR. TRAGOS:  Now will be fine.

19         THE COURT:  We'll break for lunch until 2:35 p.m.

20         CSO OFFICER:  All rise.

21         (Jurors exit courtroom at 12:21 p.m.)

22         THE COURT:  We're in recess.

23         MR. TRAGOS:  Your Honor, could you instruct the

24  witness?

25         THE COURT:  We're in recess.

1          MR. TRAGOS:  Tell her not to talk to anybody.

2          THE COURT:  You can't talk to anybody about your

3     testimony during the lunch break.

4          (Noon recess taken at 12:22 p.m.)

5          (Court back in session at 2:35 p.m.)

6          MR. TRAGOS:  Your Honor, could we cover something

7     first?

8          THE COURT:  All right.

9          MR. TRAGOS:  Could the witness be excused?

10          THE COURT:  All right.  Wait outside the double

11     doors, please.

12          MR. TRAGOS:  Your Honor, I want to make sure I

13     cover this out of the presence of the Jury.  I want to inform

14     the Court that I plan on asking this witness whether or not

15     she was aware that the crimes that she received immunity for

16     from the Government are crimes punishable by over five years

17     in prison.  And I think that I'm entitled to impeach her that

18     way because the Jury should know that the Government has

19     given her immunity, which I think the Jury probably knows,

20     but I want the Jury to know that she is subject to years in

21     prison, and what the incentive or bias she would have to

22     cooperate with the Government, and the Prosecutor is the one

23     that did raise the fact that she got an immunity letter.

24          THE COURT:  I think you're the one that raised

25     that.

1          MR. TRAGOS:  I raised it with another witness, not

2     this witness.  I raised it with the FDA agent.  I did not

3     raise it --

4          THE COURT:  Yes, but you raised it about this

5     witness.

6          MR. TRAGOS:  Yes.

7          THE COURT:  What says the Government?

8          MR. SALTZMAN:  Your Honor, the letter of immunity

9     that was provided is not immunity from prosecution of all

10    crimes.  It's use and derivative use immunity.  So basically

11    we can't use any statements that she provides against her.

12    It's not that we have given her immunity from prosecution in

13    this case.  So I think that would be an inaccurate

14    description of what she has been given in the letter the way

15    Mr. Tragos just represented it.

16         THE COURT:  All right.  Reply.

17         MR. TRAGOS:  Excuse me?

18         THE COURT:  Do you have any reply?

19         MR. TRAGOS:  Yes.  Your Honor, that's all the

20    Government ever gets in use of immunity.  Pretty much in

21    those letters I've never seen one that was any broader than

22    that.

23         THE COURT:  As I understand it whatever she says in

24    court won't be used against her.

25         MR. TRAGOS:  Right, and that's why she is here.

1    She has an incentive to cooperate with the Government and

2    testify for the Government because if she doesn't, she could

3    be prosecuted for a crime that would subject her to over five

4    years in prison.  She has an incentive to lie.

5         THE COURT:  As I understand the letter, the

6    Government has agreed not to use against her the statements

7    that she makes in court, against her.  Period.

8         MR. TRAGOS:  Unless they believe that she's

9    untruthful, in their opinion.

10        THE COURT:  Is that what the letter says?

11        MR. SALTZMAN:  Your Honor, it does say if she were

12   to not tell the truth, right, we could use those statements

13   against her, but it also identifies her as a witness.  She

14   has never been, as far as I'm aware, subject or target --

15        MR. TRAGOS:  The Grand Jury transcript says she's

16   subject.

17        THE COURT:  It really wouldn't matter if she is a

18   subject or not.  I'll let you ask her, but you have to be

19   clear it's "use immunity."  They haven't granted her

20   immunity.  And there is no need for you to include in your

21   question a crime punishable by more than five years.  You can

22   ask her, does she know what crimes she might be punished for,

23   and how long the punishment might be, because if she doesn't

24   know, there is no need for you to include that fact in your

25   question.

1        MR. TRAGOS:  Okay.  If that's the Court's order, I

2   will, of course, obey.

3        THE COURT:  That bell cannot be unrung once you

4   have rung it.

5        I intend to go now, to 4:30, with no break.  If

6   anybody needs a break, you need to go now.  All right.  Bring

7   in the jury.

8        (Jurors enter courtroom at 2:42 p.m.)

9        THE COURT:  I just told the lawyers I plan to go

10  from now to 4:30 or a little after, with no break.  If

11  anybody thinks they need a break now -- I see no hands.  All

12  right.  Proceed.

13  BY MR. TRAGOS:

14  **Q.**   Ms. Krouse, we started my cross with talking about

15  office procedures.  There's an office procedure that I want

16  to cover with you now that we did not cover then, and that

17  is, when medication or deliveries were made to the office,

18  tell me the process of those deliveries coming in, being

19  received, being checked and being put away.  How does that

20  work?

21  **A.**   Um, they would be dropped off in the chemo room.  Most

22  of the time they would sign for the package.

23  **Q.**   Who's they?

24  **A.**   I'm sorry, the chemo nurses would sign for the packages.

25  Then they would open the locks, take the packing slip and

1   mark off everything that they got.  If it was refrigerated

2   items, they put it in the refrigerator.  If it was warm or

3   just room temperature drugs, then they put them in the

4   cupboard.  Then they give me the packing slip.  I would place

5   it with the order, and the invoice, and put it on

6   Dr. Norbergs' shelves.  She had bins that we put them in.  It

7   would be one bin all complete, put together, and then it

8   would move from a bin to a folder, if they were ready to be

9   paid.

10  **Q.**   All right.  This process -- first of all, the chemo

11  drugs would be in the chemo room.  Would, like, a mailman

12  come in and leave them in the chemo room?

13  **A.**   Mail and UPS, FedEx.

14  **Q.**   Let me show you what's been marked as Exhibit 102.  Do

15  you see that, ma'am?

16  **A.**   Yes.

17  **Q.**   Now, when you're speaking of items that would come into

18  the practice and the chemo nurses would check them, is this

19  the document that you were talking about?

20  **A.**   Yes.

21  **Q.**   Okay.  And this on the right-hand side where you have

22  the "2, 2, 2, 1, 1."  Do you see that?

23  **A.**   Uh-huh.  Yes.

24  **Q.**   When the boxes came in, before the box was opened, were

25  -- under this "ship," was that blank?

**A.**    Yes.

**Q.**    Okay.  And then the chemo or, for instance, in this case we have "MabThera, known as Rituxan in the US," refrigerated. And it says that the quantity here is two.  Do you see that?

**A.**    Yes.

**Q.**    On the right-hand side the No. 2 is written.  Is that written by the chemo nurse?

**A.**    Yes.

**Q.**    And then all the way down the chemo nurse then verifies that the number on the left under quantity is what was shipped?

**A.**    Correct.

**Q.**    And then the chemo nurse would sign it on the right-hand and initial it and date it?

**A.**    Yes.

**Q.**    All right.  This right here, what we're looking at, is standard practice in the firm?

**A.**    Yes.

**Q.**    Then that piece of paper would then be carried by the chemo nurse in Dr. Norbergs office?

**A.**    Into usually mine first.

**Q.**    Were there copies or only one of them?

**A.**    One.

**Q.**    So it would come to your office or Dr. Norbergs office?

**A.**    Yes.

1   **Q.**   Well, whose office?

2   **A.**   Oh, mine and her's.  It depended on -- mostly mine.

3   **Q.**   Mostly yours?

4   **A.**   Yes.

5   **Q.**   So the document would then come into your office, and

6   then did you have a place in your office where they were to

7   place these things?

8   **A.**   Yes, I did.

9   **Q.**   Where was that?

10  **A.**   On top of my file cabinet.

11  **Q.**   Were other things on top of your file cabinet?

12  **A.**   Yes.

13  **Q.**   What else?

14  **A.**   Things to be filed.  I had stackable --

15  **Q.**   Would that build up over time?

16  **A.**   Not much.

17  **Q.**   How often would you clean off all that stuff that's on

18  top of your file cabinet?

19  **A.**   Well, the chemo packets right away.  As soon as I got

20  everything together, pretty much, um, I would get the invoice

21  pretty much the day that -- it was kind of like our

22  confirmation page also.  So as soon as I got the packing

23  slip, I stamped it together and put it in Dr. Norbergs

24  office.

25  **Q.**   Was there an order in which you stamped them?

```
 1    A.   Yes.

 2    Q.   Let's start from the top -- let's start from the bottom

 3    and work up.

 4    A.   Okay.

 5    Q.   Okay.  What was the bottom document?

 6    A.   Usually the fax confirmation page of the order.

 7    Q.   All right.  So that's the document that you had sent to

 8    the company ordering the drug?

 9    A.   Yes.

10    Q.   That's at the bottom?

11    A.   Yes.

12    Q.   And then, what would be next?

13    A.   The order -- the actual drug order.

14    Q.   The drug order back from the company or --

15    A.   The drug order that I -- the one that I ordered the drug

16    and sent to the company.

17    Q.   I thought that was the first page?

18    A.   No, I don't -- I put that on the bottom because it's

19    just a confirmation page.  I wanted to have the order next.

20    Q.   I'm sorry?

21    A.   I did not explain it right.

22    Q.   The very bottom page of this document is what?

23              THE COURT:  The fax confirmation page.

24              THE WITNESS:  Of the order.

25    BY MR. TRAGOS:
```

1    **Q.**   The fax confirmation of the order.  (Thank you, Judge.)

2    **A.**   Yes.  Then the order.

3    **Q.**   Then the order?

4    **A.**   Then the packing slip.

5    **Q.**   Okay.

6    **A.**   And then the invoice, and then the payment.

7    **Q.**   Was the packing slip the document that I just showed

8    you?

9    **A.**   Yes.

10   **Q.**   All right.  Then the packing slip.  What's on top of the

11   packing slip?

12   **A.**   The invoice.

13   **Q.**   The invoice.  This is the one -- this is the document

14   from the company?

15   **A.**   Yes.

16   **Q.**   Saying how much the bill was?

17   **A.**   Confirming this is what we ordered and we owe this much.

18   **Q.**   And then on top of that?

19   **A.**   Was the payment, but I didn't have the payment until it

20   came back to me.

21   **Q.**   By the payment, are we talking about a copy of the

22   check?

23   **A.**   Yes.

24   **Q.**   Written to pay the bill?

25   **A.**   Yes.

1   **Q.**   You put all that together?

2   **A.**   Hmm-hmm.  Yes.

3   **Q.**   And did you stamp it, paper clip it, what did you do?

4   **A.**   When it was final, stapled it.

5   **Q.**   Okay.  And then, would you take that and put it into

6   Dr. Norbergs office?

7   **A.**   Yes.

8   **Q.**   Where would you put it?

9   **A.**   In folders that meant that it was ready to be paid.

10  Everything was there and it was in the folder to be paid.

11  **Q.**   Is there one folder for each order or is there a folder

12  for all things to be paid?

13  **A.**   For the chemo drugs it was their own folder.

14  **Q.**   So each order had their own folder?

15  **A.**   Each drug company had their own folder.

16  **Q.**   Each drug company.  So there was a folder for QSP?

17  **A.**   Yes.

18  **Q.**   All right.  So you would put this packet into that

19  folder, and where was that folder located in Dr. Norbergs

20  office?

21  **A.**   On an end table next to her couch across from -- catty

22  corner from her desk.

23  **Q.**   Okay.  Now, the checks that you received back for

24  payment for these items, was that a check printed off of a

25  Quick Books program?

1    **A.**    It was a check printed off the computer.

2    **Q.**    Well, do you know whether or not Quick Books with the

3    accounting software that was used by the practice?

4    **A.**    I don't know.

5    **Q.**    You don't know that?

6    **A.**    No.

7    **Q.**    Did you know that there was someone that would input the

8    amounts into some computer, into some program in the office

9    to generate the checks?

10   **A.**    Yes.

11   **Q.**    You know somebody did that?

12   **A.**    Yes.

13   **Q.**    Do you know who did that?

14   **A.**    Dr. Norbergs.

15   **Q.**    All right.  Her husband did not?

16   **A.**    Not that I know of.

17   **Q.**    So Dr. Norbergs would enter into a program that said how

18   much the check should be?

19   **A.**    Yes.

20   **Q.**    And how long did it take for you to get the checks to

21   pay for these chemo drugs?

22   **A.**    Um, most of them approximately 30 days.

23   **Q.**    All right.  So it would take about a month to process

24   this?

25   **A.**    Yes.

1    **Q.**   So the drugs would actually be there and from the time

2    they got there to the time you got the checks would be about

3    30 days?

4    **A.**   Yes.

5    **Q.**   Did you mail the checks back to the companies?

6    **A.**   Yes.

7    **Q.**   And did you keep track to see that you got checks for

8    particular invoices?

9    **A.**   Yes.

10   **Q.**   All right.  So you would know if Dr. Norbergs didn't

11   give you a check for an invoice?

12   **A.**   Yes.

13   **Q.**   And how did you keep track of invoices?

14   **A.**   When I put the invoices in that -- in the particular

15   wholesale distributor's folder, I always put the last one on

16   top and the most recent one on the bottom.  So I would sort

17   them and kind of go through and see when they were starting

18   to get close to time for payment.

19   **Q.**   So would you actually physically go in her office and

20   look through the folder?

21   **A.**   Yes.

22   **Q.**   And then once the check was written, what happened to

23   that documentation?

24   **A.**   Um, the check stub was -- I mailed the check -- the

25   check stub part that we keep for the company would be stamped

1    at the top of the packet.  Then it would be three-hole

2    punched and put in a notebook.

3    **Q.**    Okay.  Now, looking at Exhibit 11B, earlier you

4    identified this as the very first order to QSP?

5    **A.**    Yes.

6    **Q.**    Correct?

7    **A.**    Yes.

8    **Q.**    And how much was this order for?

9    **A.**    Um --

10   **Q.**    Dollars?

11   **A.**    Well, it ended up being, um, $2,046.86.

12   **Q.**    Actually, I'm going to ask you to explain that, but the

13   invoice -- the bottom order amount was how much before you

14   added the additional charges?

15   **A.**    $1,991.

16   **Q.**    But now you say that it ended up being 2,046, correct?

17   **A.**    Yes.

18   **Q.**    And why is that?

19   **A.**    Because, um, we had to add the $60 for, um, shipping.

20   I'm sorry, I just touched it again.

21   **Q.**    Let me see if I can figure out how to erase it.  How

22   about that.  It was $1,609 and you say you had to add the 60?

23   **A.**    Yes.

24   **Q.**    But if you look, the 60 was added to 1931 to come out to

25   1991, do you see that?

1    **A.**   Yes.  So I don't know why.

2           THE COURT:  Didn't she testify to this on direct?

3    Wasn't it the three percent Visa charge?

4           MR. TRAGOS:  It is, your Honor, but she didn't

5    testify about it towards this invoice.  There was another

6    document she was shown.

7           THE COURT:  All right.

8           MR. TRAGOS:  Okay.

9    BY MR. TRAGOS:

10   **Q.**   Now, so this is, again, back in May 19, 2009, correct?

11   **A.**   Yes.

12   **Q.**   Now, do you recall that there was a little dispute with

13   QSP at the time about the payment of this invoice?

14   **A.**   Yes.

15   **Q.**   What was the dispute?

16   **A.**   That that credit card did not go through.

17   **Q.**   And who's the one that handled this dispute directly

18   with QSP?

19   **A.**   Myself.

20   **Q.**   And you straightened it out with them?

21   **A.**   I went and got a different credit.

22   **Q.**   Okay.  And then paid it?

23   **A.**   Yeah.

24   **Q.**   Now, there were times when QSP and you had disputes

25   about large numbers of invoices, correct?

1    **A.**    Large numbers?

2    **Q.**    Well, 10 or 15 invoices, whether they had been paid,

3    whether they had been paid the right way, those things,

4    correct?

5    **A.**    Yes.

6    **Q.**    Okay.  And again, you were the one for the practice that

7    straightened that out with QSP, correct?

8    **A.**    Yes.

9    **Q.**    Now, let me ask you to take a look at Exhibit 12A.  Do

10    you remember this document?

11    **A.**    Yes.

12    **Q.**    Okay.  Now, this is the credit application for QSP,

13    correct?

14    **A.**    Yes.

15    **Q.**    And as part of the application for QSP, QSP required

16    trade references?

17    **A.**    Yes.

18    **Q.**    What are trade references?

19    **A.**    Um, who we already have accounts with so they can check

20    our credibility.

21    **Q.**    And the trade references that QSP provided, one is

22    McKesson, right?  Another drug supplier, right?

23    **A.**    Yes.

24    **Q.**    And who's Henry Schein?

25    **A.**    They mostly do medical supplies, needles, gloves.

1    **Q.**   And Oncology Supply?

2    **A.**   Another drug company.

3    **Q.**   And you provided these to QSP?

4    **A.**   Yes.

5    **Q.**   To show them that your credit was worthy?

6    **A.**   Yes.

7    **Q.**   You are familiar with the company called Oberlin?

8    **A.**   Yes.

9    **Q.**   And that was a company that you ordered drugs from as

10   well, correct?

11   **A.**   Yes.

12   **Q.**   Now, you say that you actually became the official

13   office manager around 2011, is that right?

14   **A.**   Yes.

15   **Q.**   But actually you had been acting in that capacity since

16   roughly 2007, right?

17   **A.**   Yeah, kind of.

18   **Q.**   Well, do you remember -- remember your Grand Jury

19   appearance on May 28, 2015, where you were subpoenaed, I

20   guess -- were you subpoenaed or did you go voluntarily?

21   **A.**   Subpoenaed.

22   **Q.**   You were subpoenaed by the Government to go to a Grand

23   Jury.  Do you remember that?

24   **A.**   Yes.

25   **Q.**   And do you remember there was nobody in that Grand Jury

1    on behalf of Dr. Norbergs, was there?

2    **A.**   No.

3    **Q.**   Just the Prosecutor?

4    **A.**   Yes.

5    **Q.**   And do you remember the Prosecutor asking you, on page

6    7, "You had been in that capacity working as office manager

7    just about -- without the title, for some years prior to

8    that, is that correct?"  Answer, "Yes.  Q:  And roughly that

9    had been since 2007 or so?"  And you said, "Yes."  So is the

10   answer yes?

11   **A.**   Yes.

12   **Q.**   Okay.  Do you remember that you started actually

13   ordering from QSP because QSP solicited your business through

14   faxes, correct?

15   **A.**   Yes.

16   **Q.**   And you remember that?

17   **A.**   Yes.

18   **Q.**   Earlier you were asked to estimate the time when the

19   drugs would arrive, and when they would be administered to

20   the patients.  Do you remember that question?

21   **A.**   No.

22   **Q.**   You don't remember the prosecutor asking that you would

23   keep these drugs just for about a week?

24   **A.**   Oh, yeah.  I thought you said -- okay.  I was thinking

25   time of arrival in the morning.

1   **Q.**   Okay.  Let me then ask you the question again.  From the

2   time the drugs would arrive at the practice, how long before

3   they would be administered to the patient?

4   **A.**   Within a week.

5   **Q.**   Within a week?

6   **A.**   Yes.

7   **Q.**   Do you remember telling the prosecutor, in that same

8   Grand Jury, that it would be within the next two days?

9   **A.**   Yes.

10  **Q.**   So which is it, two days or a week?

11  **A.**   It's within -- we really used it within one to two days.

12  Sometimes if the patient couldn't come in because of illness

13  or whatever, they didn't feel good, we would give it to them,

14  you know, two days later.  So it would be best to say a week.

15  **Q.**   So a week is a better answer?

16  **A.**   Yeah.

17  **Q.**   And then, you also testified that you would, at times,

18  stockpile drugs in the practice, correct?

19  **A.**   Could you say that again?

20  **Q.**   Did you not testify, when the Prosecutor was asking you,

21  that there were times when you would stockpile drugs?

22  **A.**   Yes.

23  **Q.**   Page 14, the same Grand Jury testimony that you gave.

24  "So I guess, related to that, was there ever a time where

25  drugs were stockpiled?"  Your answer.  "No."  Do you remember

1    that?

2    **A.**    Yes.

3    **Q.**    So is that a mistake?

4    **A.**    I guess, yes.  Because there would be only two -- one or

5    two that we kept on hand.

6    **Q.**    When you were talking about earlier there was a change

7    in policy where there were times when -- there was a time

8    when the chemo nurses would go to Dr. Norbergs first and then

9    Dr. Norbergs would tell you what to order?

10   **A.**    Yes.

11   **Q.**    Correct?

12   **A.**    Yes.

13   **Q.**    And then, in about -- was it 2011, that changed,

14   correct?

15   **A.**    Yes.

16   **Q.**    And the chemo nurses would just come directly to you?

17   **A.**    Yes.

18   **Q.**    In both -- in those instances, were you -- did you look

19   to find the cheapest drug?

20   **A.**    Yes.

21   **Q.**    Or the cheapest price for the drug?

22   **A.**    Yes.

23   **Q.**    Was there ever a time -- do you remember the prosecutor

24   showing you times when there would be a chart where, for

25   instance, Rituxan, using that as our example, Rituxan, and

1    there would be a chart where up at the top would be the

2    suppliers, and then down the columns there would be prices?

3    **A.**   Yes.

4    **Q.**   And you would have QSP, you would have McKesson?

5    **A.**   Cardinal.

6    **Q.**   Right, various companies?

7    **A.**   Yes.

8    **Q.**   And you would be comparing the prices of the drugs that

9    each of those companies supplied?

10   **A.**   Yes.

11   **Q.**   To find out which one was the most economical?

12   **A.**   Right.

13   **Q.**   And the Rituxan, for example, on the left-hand column

14   would be the drug names, correct?

15   **A.**   Correct.

16   **Q.**   And so, you would have Rituxan, and then to the right

17   you would have the price QSP charged for Rituxan, correct?

18   **A.**   Yes.

19   **Q.**   The price McKesson would charge for Rituxan?

20   **A.**   Yes.

21   **Q.**   And maybe some other companies?

22   **A.**   Yes.

23   **Q.**   But on the left-hand column it would say Rituxan?

24   **A.**   Correct.

25   **Q.**   And when you were comparing prices, would you compare

1   the prices for Rituxan?

2   **A.**   Yes.

3   **Q.**   Okay.

4           MR. TRAGOS:  May I have a moment, your Honor?

5           THE COURT:  Yes.

6   BY MR. TRAGOS:

7   **Q.**   Let me ask you about one last area.  FCS, do you

8   remember FCS?

9   **A.**   Yes.

10  **Q.**   What's that -- what's the name of that company?

11  **A.**   Florida Cancer Specialists.

12  **Q.**   And that's a big practice, right?

13  **A.**   Yes.

14  **Q.**   Big oncology practice?

15  **A.**   Yes.

16  **Q.**   Biggest in the area?

17  **A.**   Yeah.

18  **Q.**   They probably have 100 doctors?

19  **A.**   Yes.

20  **Q.**   And they also have a full time pharmacy staff?

21  **A.**   Yes.

22  **Q.**   Real pharmacists?

23  **A.**   Yes.

24  **Q.**   They have, I guess, what we call compliance people?

25  **A.**   Yes.

1    **Q.**    Basically an entire administrative staff, accounting,

2    everything, right?

3    **A.**    Yes.

4    **Q.**    And this is the same company that you returned a favor.

5    By the way, how often would that happen that you go borrow

6    something from them?

7    **A.**    Not very.  Just a few times, but they did it back to us.

8    **Q.**    They would come and borrow from you?

9    **A.**    Yes, and we did this because a patient showed up and we

10   didn't have them on the schedule and they needed to have it.

11   **Q.**    Okay.  When you would give things back and forth to

12   them, I think the one time you talked about, you know, that

13   you gave them a QSP product?

14   **A.**    Yes.

15   **Q.**    Would it happen more than once that you guys would

16   exchange and you gave them QSP products?

17   **A.**    I can't remember that.

18   **Q.**    But at least one time you remember it?

19   **A.**    Yes.

20   **Q.**    Did they call you up and say, "Hey, this is QSP?"

21   **A.**    Nope.

22   **Q.**    Did they call you up and say, "Hey, this box is not

23   marked right?"

24   **A.**    No.

25   **Q.**    Did they call you up and say, "Hey, this is illegal?"

```
 1   A.    No.
 2              MR. TRAGOS:  That's all the questions I have.
 3              THE COURT:  Any redirect?
 4              MR. SALTZMAN:  Yes, your Honor.
 5                    REDIRECT EXAMINATION
 6   BY MR. SALTZMAN:
 7   Q.    Good afternoon.  If we could request to switch over to
 8   the computer.
 9              MR. SALTZMAN:  Your Honor, if I could have a moment
10   to set up the computer?
11   BY MR. SALTZMAN:
12   Q.    Do you recall being asked questions on cross-examination
13   about this document?
14   A.    Yes.
15   Q.    What, if any, training did you receive on the drugs
16   listed on this document?
17   A.    Just how to order them and compare price.
18   Q.    And who gave you that training?
19   A.    Dr. Norbergs, some of the chemo nurses.
20   Q.    Excuse me?
21   A.    Sometimes the chemo nurse.
22   Q.    What was the training that the chemo nurses gave you?
23   A.    Basically what vitamin B12 is.
24   Q.    And what kind of training did Dr. Norbergs give you?
25   A.    Um, some of the same that -- with the names, and then
```

1   how to workout the milligrams that we needed.  Some of the

2   drug companies put, like, 10 milligrams, and 10 millimeters

3   times the 10 and you get 100.

4   **Q.**   And you mentioned ordering.  Who provided you the

5   training on ordering?

6   **A.**   Dr. Norbergs.

7   **Q.**   If you had any questions about ordering, who would you

8   ask?

9   **A.**   Dr. Norbergs.

10   **Q.**   And on the list that's displayed in Exhibit 12B, who

11   determined what equalled what?

12   **A.**   Chemo nurses and Dr. Norbergs.

13   **Q.**   What is your highest level of education?

14        MR. TRAGOS:  Objection, your Honor, I believe --

15   she was continuing her answer.

16        THE COURT:  Sustained.

17   BY MR. SALTZMAN:

18   **Q.**   You can finish your prior answer.

19   **A.**   It necessarily wasn't equal.  Like, you use as an equal

20   sign -- it was vitamin B12 is called -- let me use a

21   different one.  Um, the names that they were also called

22   "this."  So there is generic didn't mean that, um, Oxyplatin

23   equalled Eloxatin.  It just meant, find those two names

24   because sometimes Oxyplatin wasn't even in stock, but

25   Eloxatin was.

1  **Q.**   What is your highest level of education that you

2  completed?

3  **A.**   High school.

4  **Q.**   Do you have a medical degree?

5  **A.**   No.

6  **Q.**   Do you have a college degree?

7  **A.**   No.

8  **Q.**   In 2012, approximately what was your annual salary?

9  Sorry, 2010.

10  **A.**   Um --

11  **Q.**   Approximately.

12  **A.**   I have no idea on annual.  Um, I would say I think it

13  was like 16.50 or 17.50 an hour.

14  **Q.**   16.50 or 17.50 an hour?

15  **A.**   Yeah.

16  **Q.**   How many hours a week did you work?

17  **A.**   Well, I got paid for 40.

18  **Q.**   You got paid for 40 hours a week?

19  **A.**   Yeah.

20  **Q.**   Did you get paid if you took vacation time?

21  **A.**   Yes.

22  **Q.**   So 16.50 an hour, was that for 40 hours a week, 52 weeks

23  a year?

24  **A.**   Yes.

25  **Q.**   Was that your salary in 2010?

1    **A.**    I think so.

2    **Q.**    Did your salary change in 2011?

3    **A.**    Yes.

4    **Q.**    To what?

5    **A.**    I think that it was 16.50 before, it went up to 17.50.

6    **Q.**    Did your salary change in relation to your ordering

7    drugs from QSP?

8    **A.**    No.  The office manager title.

9    **Q.**    And who made treatment decisions as to what drugs to

10   give to patients?

11   **A.**    Dr. Norbergs.

12   **Q.**    Did you ever make a treatment decision?

13   **A.**    No.

14   **Q.**    Just displayed is Government's Exhibit 1A.  Whose name

15   is under the "designated qualifying practitioner's" section?

16   **A.**    Dr. Norbergs.

17   **Q.**    Have you ever studied Florida statute 499?

18   **A.**    No.

19   **Q.**    Do you know what that is?

20   **A.**    No.

21   **Q.**    When you walked into the front door of East Lake

22   Oncology's office, what was at the entrance?

23   **A.**    The lobby.

24   **Q.**    And to get to your office which direction did you go,

25   left, straight or right?

1  **A.**   Right.

2  **Q.**   And how, if at all, was your office connected to

3  Dr. Norbergs office?

4  **A.**   You had to go through my office to get to her office.

5  **Q.**   And in relation to the front entrance to the office,

6  where did patients receive chemotherapy?

7  **A.**   In the back of the office.  So straight back from the

8  lobby, from the front door.

9  **Q.**   On the opposite side of the office?

10  **A.**   We were on the right-hand side, so they were just in the

11  back.  It went across the whole back of the office pretty

12  much.  So still more left -- or right-hand side.

13  **Q.**   Do you recall, on cross-examination, looking at this

14  Exhibit 102, page 7?

15  **A.**   Yes.

16  **Q.**   And do you recall the questions about what would happen

17  to the packing slip after it was received?

18  **A.**   Yes.

19  **Q.**   And you said sometimes it would go to you and sometimes

20  it would go to Dr. Norbergs?

21  **A.**   Yes.

22  **Q.**   When did it go to Dr. Norbergs?

23  **A.**   When she did the order, if I was on vacation or

24  something, out of the office.  The order would be placed and

25  then when they checked off the order, they would -- if I was

1   not there, they would take it in Dr. Norbergs' office.

2   **Q.**   In 2009 when the relationship was established with

3   Dr. Norbergs, would the packing slips go to you at that

4   point?

5   **A.**   No.

6   **Q.**   What happened in 2009?

7   **A.**   They went to Dr. Norbergs.

8   **Q.**   And how about in 2010, where did the packing slips go?

9   **A.**   Dr. Norbergs.

10  **Q.**   When was there a change in the practice for packing

11  slips going to you instead of Dr. Norbergs?

12  **A.**   When I started to order them.  Because I had -- I had

13  all the other information.  So the packing slips went to me.

14  I put them all together.

15  **Q.**   Do you recall the questions on cross about having to

16  straighten out invoices or payment issues with QSP?

17  **A.**   Um, yeah.  All the drug companies did that from time to

18  time.  There might have been, um, somehow an invoice got

19  missed, or it just -- it didn't get paid for some reason.

20  **Q.**   And did you call QSP in your role as the office manager?

21  **A.**   Yes.

22  **Q.**   Did that come up on other occasions with other issues

23  unrelated to drugs?

24  **A.**   That I would call QSP?

25  **Q.**   No.  That you would call other companies?

1    **A.**    Yes, yes.

2    **Q.**    That was your job as office manager?

3    **A.**    Yes.

4    **Q.**    I just published Government Exhibit 4, which we talked

5    about earlier.  I actually put on the screen 105A.

6              MR. TRAGOS:  Objection, beyond the scope of direct.

7              THE COURT:  Overruled.

8    BY MR. SALTZMAN:

9    **Q.**    I believe it was Exhibit 105A that we talked about.

10   This is an order -- this is an order related to Zometa?

11   **A.**    Yes.

12   **Q.**    And why, for Zometa, did you order 10?

13   **A.**    Because the price was good.

14             MR. TRAGOS:  Objection, asked and answered.

15             THE COURT:  Overruled.

16             THE WITNESS:  Because the price was good and, um,

17   Zometa people came in often, a lot.

18   BY MR. SALTZMAN:

19   **Q.**    How long would Zometa stay in the office?

20   **A.**    No longer than two weeks.

21   **Q.**    For other drugs that were ordered how long did those

22   stay in the office?

23   **A.**    No longer than a week.

24             MR. SALTZMAN:  No further questions, your Honor.

25             THE COURT:  Thank you.  You may step down.

1    (Witness excused.)

2    (Which were all proceedings asked to be transcribed.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    CERTIFICATE OF REPORTER

2

3   COUNTY OF HILLSBOROUGH     )

4                             )  SS.

5   STATE OF FLORIDA          )

6

7   I, MELISSA A. PIERSON, OFFICIAL COURT REPORTER, REGISTERED

8   PROFESSIONAL REPORTER, IN AND FOR THE UNITED STATES DISTRICT

9   COURT FOR THE MIDDLE DISTRICT OF FLORIDA, DO HEREBY CERTIFY

10  THAT I REPORTED, STENOGRAPHICALLY, THE FOREGOING PROCEEDINGS

11  AT THE TIME AND PLACE HEREINBEFORE SET FORTH; THAT THE SAME

12  WAS THEREAFTER REDUCED TO TYPEWRITTEN FORM BY MEANS OF

13  COMPUTER-AIDED TRANSCRIPTION; AND I DO FURTHER CERTIFY THAT

14  THIS IS A TRUE AND CORRECT TRANSCRIPTION OF MY STENOGRAPHIC

15  NOTES.

16

17

18  DATE: 3/22/2017

19

20  **S:/MELISSA A. PIERSON**

21  MELISSA A. PIERSON, CA/CSR 12499

22  IL/CSR 084.003138, RPR

23  FEDERAL OFFICIAL COURT REPORTER

24

25