UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

    v.                                  CASE NO. 8:15-cr-183-T-30AEP

D. ANDA NORBERGS

## GOVERNMENT'S WITNESS LIST

The United States of America respectfully submits the following list of witnesses who may be called at the sentencing hearing on August 4, 2017:

1. Rafael Chocron
2. Stephen Quindoza

The United States reserves the right to call additional witnesses during the hearing, if appropriate.

                                            Respectfully submitted,

                                            W. STEPHEN MULDROW
                                            Acting United States Attorney

By:    */s/ Adam M. Saltzman*
          Adam M. Saltzman
          Assistant United States Attorney
          United States Attorney No.   148
          400 North Tampa Street, Suite 3200
          Tampa, Florida   33602
          Telephone:   (813) 274-6000
          Facsimile:   (813) 274-6103
          E-Mail: Adam.Saltzman@usdoj.gov

U.S. v. D. Anda NorbergsCase No. 8:15-cr-183-T-30AEP

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

*/s/ Adam M. Saltzman*
Adam M. Saltzman
Assistant United States Attorney
United States Attorney No. 148
4400 North Tampa Street, Suite 3200
Tampa, Florida   33602
Telephone:(813) 274-6000
Facsimile:(813) 274-6178
Email:adam.saltzman@usdoj.gov