UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 8:15-cr-183-30AEP |
| Plaintiff, ☐ | |
| Government ☒ | ☐ Evidentiary |
| | ☐ Trial |
| v. | ☒ Other (Sentencing) |
| D. ANDA NORBERGS | |
| Defendant ☐ | |

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | | | | Government's intended loss calculation based on the order history of East Lake Oncology (ELO) |
| 2 | | | | ELO order history for selected drugs |
| 3 | | | | Government's restitution calculation based on selected claims submitted to Medicare by ELO |
| 4 | | | | Medicare Benefit Policy Manual, Chapter 16 Table of Contents |
| 5 | | | | Excerpt of Medicare Benefit Policy Manual, Chapter 16, Section 180 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |