UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,  ___
    Government _X_

v.                                                 Case No.  8:15-cr-00183-JSM-AEP-1

D. ANDA NORBERGS                       ___ Evidentiary
                                                        ___ Trial
                                                       _X_ Other

    Defendant  _X_

| **EXHIBIT LIST FOR SENTENCING HEARING** |||||
|---|---|---|---|---|
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 1 | | | | Intended Loss Alternatives Spreadsheet (Exhibit A to Doc. 157) |
| 2 | | | | Intended Loss Alternatives Spreadsheet (Exhibit B to Doc. 157) |
| 3 | | | | Trial Stipulation (Avastin and Altuzan) |
| 4 | | | | Trial Stipulation (Doc. 95) |
| 5 | | | | Trial Stipulation (Stipulation of facts as to Norbergs' travel and East Lake Oncology) |
| 6 | | | | Trial Stipulation (Stipulation of facts as to Government's exhibits) |
| 7 | | | | Letter from the Florida Department of Health to Attorney Robert Williams regarding Voluntary Relinquishment of License (6/6/17) |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 3rd day of August, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF which will send a notice of electronic filing the following: United States Attorney's Office, 400 N. Tampa Street, Room 3200, Tampa, Florida 33602.

      TRAGOS, SARTES & TRAGOS, PLLC

      _/s/ George E. Tragos, Esq._
      GEORGE E. TRAGOS, ESQ.
      601 Cleveland Street, Suite 800
      Clearwater, FL 33755
      (727) 441-9030
      Florida Bar No. 184830
      E-mail: george@greeklaw.com
             raquel@greeklaw.com